Erica D. Wilson, State Bar No. 161386
Email:  ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California  94025
Telephone:  650-752-3100
Facsimile:   650-853-1038

Attorneys for Plaintiff SecuGen Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SecuGen Corporation, | Case No. C08 01306 JL |
| *Plaintiff,* | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| Union Community Co. Ltd., | |
| *Defendant.* | |

    Please take notice that attorney Erica D. Wilson of Goodwin|Procter LLP, has changed her firm address to 135 Commonwealth Drive, Menlo Park, CA  94025, effective March 31, 2008.  All telephone numbers, facsimile numbers and e-mail addresses remain the same.

Dated: April 3, 2008          Respectfully submitted,

                                     Plaintiff SecuGen Corporation

                                     By its attorney,

/s/ Erica D. Wilson
Erica D. Wilson
Email:  ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California  94025
Telephone:  650-752-3100
Facsimile:   650-853-1038

Goodwin Procter LLP
181 Lytton Avenue
Palo Alto, California  94301