# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SecuGen Corporation,

v.

Union Community Co. Ltd.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 01306 JL**

TO: (Name and address of defendant)

Union Community Co. Ltd.
(138-050) Hyundai Topics Building 3F
44-3 Bangi-Dong Songpa-gu
Seoul, South Korea

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Erica D. Wilson, Esq., State Bar No. 161386
Email: ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*Betty J. Walton* (signature)

Betty J. Walton
(BY) DEPUTY CLERK

DATE **MAR 0 6 2008**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | April 2, 2008 at 12:00 PM |

| Name of SERVER | TITLE |
|---|---|
| Kevin R. Smith | Process Server |

*Check one box below to indicate appropriate method of service*

[X]  Served Personally upon the Defendant. Place where served:
    201 E. Sands Ave., Las Vegas, Nevada 89169

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

[ ]  Returned unexecuted:

[ ]  Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 2, 2008                      *Kevin R Smith*
              *Date*                              *Signature of Server*

                                                 1118 Fremont St., LasVegas, Nevada 8910
                                                 *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECUGEN CORPORATION,

    Plaintiff,

v.

UNION COMMUNITY CO., LTD.,

    Defendant.

Case No. C08-01306 JL

**AFFIDAVIT OF SERVICE OF**
**KEVIN R. SMITH**

COUNTY OF CLARK    )
                              ) .ss
STATE OF NEVADA    )

KEVIN R. SMITH, being duly sworn, deposes and says:

1. I am over the age of 18 and not a party to this action;

2. I am employed as a process server by Legal Wings Inc., 1118 Fremont Street, Las Vegas, Nevada 89101;

3. On April 2, 2008, at approximately 11:30 a.m., in my capacity as a process server I purchased an admission ticket and entered the ISC West Convention (the "Convention") being held at the Sands Expo & Convention Center at 201 E. Sands Ave., Las Vegas, Nevada 89169;

4. At approximately 11:45 a.m. I walked onto the Convention floor and proceeded to Convention Booth No. 4, the booth for the plaintiff herein, SecuGen (the "SecuGen Booth");

5. At the SecuGen Booth I introduced myself to one Mr. Won Lee, who then directed me to the booth of Union Community Co., Ltd., the defendant in the above-captioned action (the "Union Booth"), several booths away from the SecuGen Booth;

6. I proceeded to the Union Booth and introduced myself to a gentleman wearing a name tag which identified him as Mr. Yo Sik Shin, the Chief Executive Officer of Union Community Co. Ltd. I then served in hand upon Mr. Yo Sik Shin, a copy of each of the following documents: (1) Summons directed to Union; (2) First Amended Complaint; (3) Civil Cover Sheet; (4) Certification of Interested Entities or Persons; (5) Order Setting Initial Case Management Conference and ADR Deadlines; (6) Welcome to the U.S. District Court of San Francisco; and (7) Magistrate Judge Larson's Scheduling Order; and

7. A copy of the original Summons directed to Union Community Co. Ltd. is attached hereto as Exhibit 1.

Sworn to before me this 15th day
of April, 2008.

*Kevin R Smith*
Kevin R. Smith

*Cathleen V Holmes*
Notary Public:
My Commission expires:

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

LIBA/1884010.1