1    April M. Wurster (SBN 228038)
     april.m.wurster@bakernet.com
2    **BAKER & McKENZIE LLP**
     12544 High Bluff Drive, Third Floor
3    San Diego, CA 92130
     Telephone:  +1 858 523 6236
4    Facsimile:   +1 858 259 8290

5    Attorneys for Defendant
     Union Community Co. Ltd.

6

7

8                    UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11   SecuGen Corporation, a Delaware          **Case No.  C08-01306 (JL)**
     corporation,
12                                            **DEFENDANT UNION**
                   Plaintiff,                 **COMMUNITY'S MOTION TO**
13                                            **EXTEND TIME TO FILE A**
            v.                                **RESPONSE TO SECUGEN**
14                                            **CORPORATION'S AMENDED**
     Union Community Co. Ltd., a Korean       **COMPLAINT**
15   corporation,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Union Community Co., Ltd. ("Union Community"), specially

2    appearing through its counsel Baker & McKenzie LLP, respectfully moves this Court

3    for an order extending time for filing Union Community's response to SecuGen

4    Corporation's ("SecuGen") Amended Complaint by 30 days.

5    On March 6, 2008, plaintiff SecuGen filed a complaint for patent infringement

6    in the Northern District of California, San Francisco Division.  [Doc. No. 1].  On

7    March 27, 2008, SecuGen filed an amended complaint for patent infringement in the

8    Northern District of California, San Francisco Division. [Doc. No. 5 ("Amended

9    Compl.")].

10    Defendant Union Community is a foreign corporation existing under the laws of

11    the Republic of Korea and having its principle place of business in Korea. [Amended

12    Compl. ¶ 3].  On or about April 2, 2008, while the president of Union Community was

13    attending a tradeshow in Las Vegas, Nevada, SecuGen attempted to serve on the

14    president of Union Community the Amended Complaint.

15    Counsel for Union Community has learned from counsel for SecuGen that

16    SecuGen intends to assert that the attempted service of process on the President of

17    Union Community is valid and that the due date for Union Community's response to

18    the Amended Complaint is April 22, 2008. [Declaration of D. James Pak submitted

19    herewith ("Pak Decl.")  ¶ 2].

20    Union Community requires more time to prepare its response to SecuGen's

21    amended complaint in order to better examine its potential defenses including, but not

22    limited to, the substantive patent issues and issues relating to the jurisdiction and/or

23    service of process.  [Pak Decl. ¶ 3].

24    On April 16 and 21, 2008, counsel for Union Community was informed by

25    counsel for SecuGen that SecuGen is amenable to a 30-day extension for Union

26    Community to file its response to the Amended Complaint. *Id.* ¶ 4.  On the morning of

27    April 22, 2008, counsel for Union Community forwarded a draft stipulation for

28    extension of time to counsel for SecuGen.  *Id.* ¶ 5.  Despite multiple attempts to reach

1

Case No.  C08-01306 (JL)
DEFENDANT UNION COMMUNITY'S MOTION TO EXTEND TIME TO
FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT

SDODMS1/688721.1

1   counsel for SecuGen, counsel for Union Community has been unable to reach

2   SecuGen's counsel for SecuGen's consent to the draft stipulation and was informed

3   that counsel for SecuGen was unavailable due to travel. *Id.* ¶ 6.

4        Union Community has not previously requested any time modifications in the

5   case by stipulation or Court order. *Id.* ¶ 7. Further, the requested time modification

6   will not have an effect on the current case schedule.

7        Union Community will be substantially harmed without the 30 day extension

8   which appeared to have been agreed upon by SecuGen's counsel as Union

9   Community requires more time to prepare its response. *Id.* ¶ 8.

10       NOW, THEREFORE, defendant Union Community respectfully moves the

11  Court for an order extending time for Union Community to file its response to

12  SecuGen's Amended Complaint by 30 days or on or before May 22, 2008.

13

14

    Dated:   April 22, 2008              BAKER & McKENZIE LLP

15

16

                                         By:/s/ April M. Wurster
17                                           April M. Wurster
                                             Attorney for Defendant
18

19

20

21

22

23

24

25

26

27

28                                         2

Baker & McKenzie LLP
12544 High Bluff Drive,
Suite 150
San Diego, CA 92130
+1 858 523 6200

SDODMS1/688721.1

1  April M. Wurster (SBN 228038)
   april.m.wurster@bakernet.com
2  **BAKER & McKENZIE LLP**
   12544 High Bluff Drive, Third Floor
3  San Diego, CA 92130
   Telephone: +1 858 523 6236
4  Facsimile:  +1 858 259 8290

5  Attorneys for Defendant
   Union Community Co. Ltd.

6

7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  SecuGen Corporation, a Delaware        **Case No.  C08-01306 (JL)**
    corporation,
12                                         **DECLARATION OF D. JAMES
                                           PAK IN SUPPORT OF
13               Plaintiff,                DEFENDANT UNION
                                           COMMUNITY'S MOTION FOR AN
14        v.                               ORDER EXTENDING TIME TO
                                           FILE A RESPONSE TO SECUGEN
15  Union Community Co. Ltd., a Korean     CORPORATION'S AMENDED
    corporation,                           COMPLAINT**
16
                 Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

I, D. James Pak, the undersigned, declare as follows:

I am a partner at the law firm of Baker & McKenzie LLP which represents Defendant, Union Community Co. Ltd. ("Union Community") in the above-referenced matter.  I have personal knowledge of all facts contained herein and, if called to testify, could and would competently testify thereto.

1. I certify that I have met and conferred with Erica D. Wilson, Counsel for Plaintiff SecuGen Corporation ("SecuGen") with respect to the time to file a response to SecuGen's Amended Complaint filed on March 27, 2008 (Doc. No. 5) on April 16 and 21, 2008.

2. On April, 16, 2008, Ms. Wilson informed me that SecuGen intends to argue that the Amended Complaint was properly served on Union Community on April 2, 2008 because SecuGen served the President of Union Community while he was attending a tradeshow in Las Vegas around April 2, 2008.

3. Union Community is a foreign corporation existing under the laws of the Republic of Korea and having its principle place of business in Korea, and it requires more time to prepare its response to SecuGen's Amended Complaint to examine its potential defenses including the jurisdiction and service of process issues.

4. On April 16 and 21, 2008, I was informed by Ms. Wilson that SecuGen was amenable to a 30-day extension for Union Community to file its response to the Amended Complaint.

5. On the morning of April 22, 2008, April Wurster, an attorney with Baker & McKenzie LLP and specially appearing counsel for Union Community forwarded a draft STIPULATION AND [PROPOSED] ORDER TO

1

EXTEND TIME TO FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT to Ms. Wilson for her consent to file the stipulation.

6. Despite multiple attempts to reach Ms. Wilson at Goodwin Proctor, neither Ms. Wurster nor I have been able to reach Ms. Wilson on April 22, 2008. Around 4:45 p.m., I received a voicemail from Ms. Wilson's assistant that Ms. Wilson is unavailable due to travel today.

7. Union Community has not previously requested any time modifications in the case by stipulation or Court order.

8. Union Community will be substantially harmed without the 30 days extension which appeared to have been agreed upon by SecuGen as it requires more time to prepare its response.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 22nd day of April, 2008, at Washington, D.C.


_____

D. James Pak

Baker & McKenzie LLP
12544 High Bluff Drive,
Suite 150
San Diego, CA 92130
+1 858 523 6200

SDODMS1/688722.1

2

1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 SecuGen Corporation, a Delaware corporation,

**Case No.  C08-01306 (JL)**

12
                         Plaintiff,

**[PROPOSED] ORDER GRANTING DEFENDANT UNION COMMUNITY'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT**

13
           v.

14 Union Community Co. Ltd., a Korean corporation,

15

16                         Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Upon consideration of Defendant Union Community's ("Union Community")

2  Motion To Extend Time To File A Response To SecuGen Corporation's ("SecuGen")

3  Amended Complaint,

4    IT IS HEREBY ORDERED as follows:

5    Union Community's response to SecuGen's Amended Complaint is due on or

6  before May 22, 2008.

7    IT IS SO ORDERED

8

9  Date: April    , 2008

10

11                                    By: _____
                                         Magistrate Judge James Larson
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Case No CV 07-1534 SVW (JWJx)
[PROPOSED] ORDER GRANTING DEFENDANT UNION COMMUNITY'S MOTION TO
EXTEND TIME TO FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT

SDODMS1/681649.1