Erica D. Wilson, State Bar No. 161386
Email: ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038

Attorneys for Plaintiff SecuGen Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, | Case No. C08 01306 JL |
| *Plaintiff,* | **STATEMENT OF NON-OPPOSITION** |
| vs. | |
| Union Community Co. Ltd., | |
| *Defendant.* | |

### STATEMENT OF NON-OPPOSITION

On April 2, 2008, Plaintiff SecuGen Corporation ("SecuGen"), properly served the Amended Complaint filed in the Northern District of California, San Francisco Division on March 27, 2008 on Defendant Union Community Co. Ltd. ("Union Community"). Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, Union Community's response to SecuGen's Amended Complaint was due on April 22, 2008.

Union Community has moved this Court for an order extending time for filing Union Community's response to SecuGen's Amended Complaint by 30 days. Pursuant to Local Civ. Rule 7-3(b), SecuGen files this Statement of Non-Opposition stating that it does not oppose a 30-day extension of time until May 22, 2008 for Union Community to answer SecuGen's Amended Complaint.

**Goodwin Procter LLP**
**181 Lytton Avenue**
**Palo Alto, California 94301**

| | |
|---|---|
| Dated: April 23, 2008 | Respectfully submitted, |
| | Plaintiff SecuGen Corporation |
| | By its attorney, |
| | /s/ Erica D. Wilson |
| | Erica D. Wilson |
| | Email: ewilson@goodwinprocter.com |
| | GOODWIN PROCTER LLP |
| | 135 Commonwealth Drive |
| | Menlo Park, California 94025 |
| | Telephone: 650-752-3100 |
| | Facsimile: 650-853-1038 |