1  April M. Wurster (SBN 228038)
   april.m.wurster@bakernet.com
2  **BAKER & McKENZIE LLP**
   12544 High Bluff Drive, Third Floor
3  San Diego, CA 92130
   Telephone: +1 858 523 6236
4  Facsimile:  +1 858 259 8290

5  Attorneys for Defendant
   Union Community Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Union Community Co. Ltd., a Korean corporation,<br><br>Defendant. | Case No. C08-01306 (JL)<br><br>**DEFENDANT UNION COMMUNITY'S ANSWER TO SECUGEN CORPORATION'S FIRST AMENDED COMPLAINT** |

## ANSWER

Defendant Union Community Co. Ltd. ("Union") responds to the First Amended Complaint of Plaintiff SecuGen Corporation ("SecuGen") as follows:

### NATURE OF ACTION

1.  Paragraph 1 is a question of law to which no response is required.

### PARTIES

2.  On information and belief, Union admits to the allegations of paragraph 2.

3.  Union admits to the allegations of paragraph 3.

### JURISDICTION AND VENUE

4.  Paragraph 4 is a question of law to which no response is required.

5. Paragraph 5 is a question of law to which no response is required.

## INTRADISTRICT ASSIGNMENT

6. Paragraph 6 is a question of law to which no response is required.

## BACKGROUND

7. Union admits that a Fingerprint Recognition Device ("FRD") can be used to identify an individual by his or her finger print and that FRDs have a variety of uses including among other things, providing security for electronic devices such as computers, door locks and cell phones. Union denies the remaining allegations of paragraph 7.

8. Union admits that U.S. Patent No. 6,324,020 ("the '020 patent") entitled "Method and Apparatus of Trapezoidal Distortion and Improvement of Image Sharpness in an Optical Image Capturing System" names Harry H. Teng and Sung-Chan Jo as the named inventors and that a copy of the '020 patent is attached to the Amended Complaint as Exhibit A. Union is without sufficient knowledge or information to admit or deny the remaining allegations of paragraph 8, and therefore denies them.

9. Union admits to the allegations of paragraph 9.

10. Union admits that it has sold or offered to sell certain FRDs including Models VIRDI FOH01, FSH01, 3000RF, 400FP, 450FP, 4000, 4000RF, 600FP to certain customers based in the United States. On information and belief, Union denies the remaining allegations of paragraph 10.

## FIRST CAUSE OF ACTION
### (Infringement of the '020 Patent)

11. Union incorporates its answers to paragraph 1-10 above as though fully set forth herein.

12. Union denies the allegations of paragraph 12.

13. Union denies the allegations of paragraph 13.

14. Union denies the allegations of paragraph 14.

Baker & McKenzie LLP
12544 High Bluff Drive,
Suite 150
San Diego, CA 92130
+1 858 523 6200

SDODMS1/689793.1

2

Case No. C08-01306 (JL)
UNION COMMUNITY'S ANSWER TO SECUGEN'S FIRST AMENDED COMPLAINT

15. Union denies the allegations of paragraph 15.
16. Union denies the allegations of paragraph 16.
17. Union denies the allegations of paragraph 17.
18. Union denies the allegations of paragraph 18.
19. Union denies the allegations of paragraph 19.
20. Union denies the allegations of paragraph 20.

## **AFFIRMATIVE DEFENSES**

Further responding to the Amended Complaint, Union alleges as follows:

### **Affirmative Defense No 1**
### **(No cause of action)**

21. The allegations in SecuGen's First Amended Complaint fail to state a claim against Union upon which relief can be granted.

### **Affirmative Defense No 2**
### **(Invalidity)**

22. U.S. Patent No. 6,324,020 is invalid for failing to meet one or more of the requirements of Title 35 of the United States Code, including §§ 102, 103 and/or 112.

### **Affirmative Defense No 3**
### **(Non-Infringement)**

23. Union has not and is not infringing, contributing to or inducing the infringement of any valid and enforceable claim of the '020 patent, either literally or under the doctrine of equivalents.

### **Affirmative Defense No 4**
### **(Estoppel)**

24. SecuGen, by its conduct and the conduct of its owners, employees, and agents, are legally and/or equitably estopped to assert its claims or other rights against Union.

3

Baker & McKenzie LLP
12544 High Bluff Drive,
Suite 150
San Diego, CA 92130
+1 858 523 6200

SDODMS1/689793.1

Case No. C08-01306 (JL)
UNION COMMUNITY'S ANSWER TO SECUGEN'S FIRST AMENDED COMPLAINT

## Affirmative Defense No 5

### (Unclean Hands)

25. SecuGen is barred by the equitable doctrine of unclean hands from obtaining the relief requested.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Union respectfully requests trial by jury of all issues triable to a jury.

## PRAYER FOR RELIEF

Union respectfully requests this Court enter judgment in favor of Union and against SecuGen including an Order granting Union the following relief:

A. Dismissal with prejudice of the First Amended Complaint;

B. An Order that the asserted claims of the '020 patent are not valid;

C. An Order that the asserted claims of the '020 patent are not infringed;

D. A Declaration that this case is exceptional under 35 U.S.C. § 285;

E. An award of Union's costs of suit, including reasonable attorneys' fees, under 35 U.S.C. § 285; and

F. Such further relief as this Court deems appropriate.

//
//
//
//
//
//
//
//

4

Baker & McKenzie LLP
12544 High Bluff Drive,
Suite 150
San Diego, CA 92130
+1 858 523 6200

SDODMS1/689793.1

Case No. C08-01306 (JL)
UNION COMMUNITY'S ANSWER TO SECUGEN'S FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated: May 22, 2008 |

Respectfully submitted,

UNION COMMUNITY CO. LTD.

By its attorneys,

BAKER & McKENZIE LLP


By:/s/ April M. Wurster
April M. Wurster
april.m.wurster@bakernet.com
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone:   +1 858 523 6236
Facsimile:    +1 858 259 8290

1