April M. Wurster (SBN 228038)
april.m.wurster@bakernet.com
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone:  +1 858 523 6236
Facsimile:   +1 858 259 8290

Attorneys for Defendant
Union Community Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Union Community Co. Ltd., a Korean corporation,<br><br>Defendant. | Case No.  C08-01306 (JL)<br><br>**DEFENDANT UNION COMMUNITY'S AMENDED 7.1 DISCLOSURE STATEMENT** |

AMENDED 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Union Community Co. Ltd., hereby discloses that it has no parent corporation and that Dream Incubator Inc., holds greater than 10% of Union Community's stock.

| | | |
|---|---|---|
| 1 | Dated:   May 23, 2008 | Respectfully submitted, |
| 2 | | UNION COMMUNITY CO. LTD. |
| 3 | | By its attorneys, |
| 4 | | BAKER & McKENZIE LLP |
| 5 | | |
| 6 | | By: /s/ April M. Wurster |
| 7 | | April M. Wurster<br>april.m.wurster@bakernet.com |
| 8 | | **BAKER & McKENZIE LLP**<br>12544 High Bluff Drive, Third Floor |
| 9 | | San Diego, CA 92130<br>Telephone: +1 858 523 6236 |
| 10 | | Facsimile: +1 858 259 8290 |

1

SDODMS1/689795.2

Case No. C08-01306 (JL)
UNION COMMUNITY'S AMENDED DISCLOSURE STATEMENT