UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SecuGen Corporation
                Plaintiff(s),

v.

Union Community Co. Ltd.,
                Defendant(s).
_____/

Case No. C08 01306 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 28, 2008

/s/ Union Community Co. Ltd.
[Party]
Union Community Co. Ltd.t

Dated: May 28, 2008

/s/ April M. Wurster
[Counsel]
April M. Wurster

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com