UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SecuGen Corporation,

                Plaintiff(s),

                v.

Union Community Co., Ltd.

                Defendant(s).
_____/

CASE NO. C08 01306 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   June 18, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Erica D. Wilson | Plaintiff SecuGen Corporation | (650) 752-3100 | ewilson@goodwinprocter.com |
| April M. Wurster | Defendant Union Community Co. Ltd. | (858)523-6200 | April.M.Wurster@bakernet.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 28, 2008                                                           /s/ Erica D. Wilson
                                                                               Attorney for Plaintiff

Dated: May 28, 2008                                                            /s/ April M. Wurster
                                                                               Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**GENERAL ORDER 45 ATTESTATION**

I, Erica D. Wilson, am the ECF User whose ID and password are being used to file the Notice of Need for ADR Phone Conference. In compliance with General Order 45, X.B., I hereby attest that April M. Wurster has concurred in this filing.

/s/ Erica D. Wilson