UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>Union Community Co. Ltd., a Korean corporation,<br><br>   Defendant. | **Case No. C08-01306 (JL)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNION COMMUNITY'S MOTION TO EXTEND TIME TO FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT** |

Upon consideration of Defendant Union Community's ("Union Community") Motion To Extend Time To File A Response To SecuGen Corporation's ("SecuGen") Amended Complaint,

IT IS HEREBY ORDERED as follows:

Union Community's response to SecuGen's Amended Complaint is due on or before May 22, 2008.

IT IS SO ORDERED

Date: April 30, 2008

By: /s/ James Larson
Magistrate Judge James Larson

1

Case No CV 07-1534 SVW (JWJx)
[PROPOSED] ORDER GRANTING DEFENDANT UNION COMMUNITY'S MOTION TO
EXTEND TIME TO FILE A RESPONSE TO SECUGEN CORPORATION'S AMENDED COMPLAINT

SDODMS1/681649.1