Erica D. Wilson, State Bar No. 161386
Email: ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038

Attorneys for Plaintiff SecuGen Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>    *Plaintiff,*<br>vs.<br><br>Union Community Co. Ltd.,<br><br>    *Defendant.* | Case No. C08 01306 JL<br><br>**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the Judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 9, 2008

Respectfully submitted,

Plaintiff SecuGen Corporation

By its attorney,

/s/ Erica D. Wilson
Erica D. Wilson
Email: ewilson@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038