April M. Wurster (SBN 228038)
april.m.wurster@bakernet.com
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone: +1 858 523 6236
Facsimile:  +1 858 259 8290

Attorneys for Defendant
Union Community Co. Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>Union Community Co. Ltd., a Korean corporation,<br><br>                    Defendant. | **Case No.  C08-01306 (JL)**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

   The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated:   June 9, 2008                    By:  _/s/ April M. Wurster_____
                                             Attorney for Defendant
                                             Union Community Co. Ltd.