1  Erica D. Wilson (SBN 161386)
   *ewilson@goodwinprocter.com*
2  Ruby M. Wayne (SBN 229538)
   *rwayne@goodwinprocter.com*
3  GOODWIN PROCTER LLP
   135 Commonwealth Drive
4  Menlo Park, CA 94025
   Tel: (650) 752-3100
5  Fax: (650) 853-1038

6  Attorneys for Plaintiff SecuGen Corporation

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

| SecuGen Corporation, | Case No.  C08 01306 RMW (HRL) |
| --- | --- |
| *Plaintiff,* | **PROOF OF SERVICE** |
| vs. | |
| Union Community Co. Ltd., | |
| *Defendant.* | |

**PROOF OF SERVICE**

I, Claudia E. Newman, declare:

I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 135 Commonwealth Drive, Menlo Park, California, 94025.

On June 11, 2008, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

1.  STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES FOR THE HONORABLE RONALD M. WHITE

|   |   |
|---|---|
| 1 | April M. Wurster, Esq. |
|   | James D. Pak, Esq. |
| 2 | BAKER & McKENZIE LLP |
|   | 12544 High Bluff Drive, Third Floor |
| 3 | San Diego, California 92130 |
|   | Email: april.m.wurster@bakernet.com |
| 4 |   |

The documents were served by the following means:

☑ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at (city and state).

☑ (ELECTRONIC MAIL – E-FILE) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive,

2

within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct. Executed on June 11, 2008, at Menlo Park, Californa.

_____Claudia E. Newman_____    /s/ Claudia Newman

PROOF OF SERVICE
CONSOLIDATED CASE NO. CV06-2335-AG (FMOx)

LIBA/1900810.1