1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SECUGEN CORPORATION, | ***E-FILED - 6/12/08*** |
| 12           Plaintiff, | CASE NO.: C-08-01306-RMW |
| 13      v. | **CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |
| 14  UNION COMMUNITY CO., | |
| 15           Defendant. | |

16
17
         PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for
18
**August 8, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear
19
in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.
20
Parties are required to file a Joint Case Management Statement by August 1, 2008.
21
         If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23
24
DATED: June 12, 2008
25
                                           BY: _____
26                                                JACKIE GARCIA
                                                  Courtroom Deputy for
27                                                Honorable Ronald M. Whyte
28

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28