| | |
|---|---|
| 1 | D. James Pak (SBN 194331) |
| 2 | d.james.pak@bakernet.com |
|   | April M. Wurster (SBN 228038) |
| 3 | april.m.wurster@bakernet.com |
|   | **BAKER & McKENZIE LLP** |
| 4 | 12544 High Bluff Drive, Third Floor |
|   | San Diego, CA 92130 |
| 5 | Telephone: +1 858 523 6236 |
|   | Facsimile:  +1 858 259 8290 |
| 6 | Attorneys for Defendant |
|   | Union Community Co. Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SecuGen Corporation, a Delaware corporation, | Case No.  C08-01306 (JL) |
| Plaintiff, | **NOTICE OF APPEARANCE OF D. JAMES PAK** |
| v. | |
| Union Community Co. Ltd., a Korean corporation, | |
| Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT the following additional attorney appears as

3  counsel of record for Defendant, Union Community Co. Ltd., in the above-referenced

4  action:

5      D. James Pak (SBN 194331) (d.james.pak@bakernet.com)
    **BAKER & MCKENZIE LLP**

6      12544 High Bluff Drive, Third Floor

7      San Diego, CA 92130
    Telephone:  (858) 523-6200

8      Facsimile:   (858) 259-8290

9  I certify that D. James Pak is admitted to practice in this court.

10

11  Dated:  July 25, 2008        BAKER & McKENZIE LLP

13          By: /s/ April Wurster
           April Wurster

14             Attorney for Defendant