1  D. James. Pak (SBN 194331)
   d.james.pak@bakernet.com
2  April M. Wurster (SBN 228038)
   april.m.wurster@bakernet.com
3  **BAKER & McKENZIE LLP**
   12544 High Bluff Drive, Third Floor
4  San Diego, CA 92130
   Telephone: +1 858 523 6236
5  Facsimile:  +1 858 259 8290

6  Attorneys for Defendant
   Union Community Co. Ltd.
7

8                UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | SecuGen Corporation, a Delaware corporation, | **Case No. C08-01306 (JL)** |
12 | | |
   | Plaintiff, | **CERTIFICATE OF SERVICE** |
13 | | |
   | v. | |
14 | | |
   | Union Community Co. Ltd., a Korean corporation, | |
15 | | |
16 | Defendant. | |

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12544 High Bluff Drive, Suite 300, San Diego, California 92130.

On **July 25, 2008**, I served the following document(s) described as

**1.     Notice of Appearance of D. James Pak**

on the interested party(ies) in this action via Electronic Service to the parties at the below email address:

Erica D. Wilson
Goodwin Procter LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 752-3100
Fax: (650) 853-1038
ewilson@goodwinprocter.com

☐ **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) above by First Legal Support Services, 1111 Sixth Avenue, Suite 204, San Diego, California 92101.

☒ **BY EMAIL:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system. I have also emailed a copy of the said document(s) to the email address stated above.

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 25, 2008**, at San Diego, California.

_____
Jessica E. Christian