Erica D. Wilson (SBN 161386)
*ewilson@goodwinprocter.com*
Ruby M. Wayne (SBN 229538)
*rwayne@goodwinprocter.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel: (650) 752-3100
Fax: (650) 853-1038

Attorneys for Plaintiff SecuGen Corporation

April M. Wurster (SBN 228038)
april.m.wurster@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone:  +1 858 523 6236
Facsimile:  +1 858 259 8290

Attorneys for Defendant Union Community Co. Ltd.

*E-FILED - 8/6/08*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>Union Community Co. Ltd.,<br><br>*Defendant.* | Case No.  C08 01306 RMW (HRL)<br><br>**STIPULATION AND []**<br>**ORDER GRANTING LEAVE TO FILE**<br>**SECOND AMENDED COMPLAINT** |

Plaintiff SecuGen Corporation ("SecuGen") and defendant Union Community Co. Ltd., ("Union Community") submit the following Joint Stipulation and request that the Court grant SecuGen leave to file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

  1.  SecuGen filed its complaint on March 6, 2008 in the United States District Court for the Northern District of California;

2.      On March 27, 2008, prior to Union Community filing any response, SecuGen filed its First Amended Complaint;

3.      Union Community filed and served its Answer to the First Amended Complaint on May 22, 2008;

4.      SecuGen has informed Union Community of its intent to file a Second Amended Complaint;

5.      Union Community has received a copy of the proposed Second Amended Complaint;

6.      By stipulating to the filing for leave to file the Second Amended Complaint, Union Community is not stipulating to the accuracy or relevance of the factual allegations or legal conclusions made in the proposed Second Amended Complaint or to the inferences that may be drawn from those allegations, nor does Union Community waive its right to move to dismiss any claim alleged in the Second Amended Complaint; and

7.      SecuGen and Union Community stipulate that Union Community's response to SecuGen's Second Amended Complaint shall be due 30 days from the date of the entry of the Court's grant of the proposed order below.

**THEREFORE,** the parties hereby stipulate and request that the Court grant SecuGen leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

Dated: July 3, 2008                                    Plaintiff SecuGen Corporation

                                                       By its attorneys,


                                                       _____/s/_____
                                                       Ruby M. Wayne
                                                       Email:  rwayne@goodwinprocter.com
                                                       GOODWIN PROCTER LLP
                                                       135 Commonwealth Drive
                                                       Menlo Park, California  94025
                                                       Telephone:  650-752-3100
                                                       Facsimile:  650-853-1038

**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, California 94025

Defendant Union Community Co. Ltd.

By its attorneys,

*/s/ April M. Wurster*

April M. Wurster
Email: april.m.wurster@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone: 858-523-6236
Facsimile: 858-259-8290

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that SecuGen is granted leave to file the Second Amended Complaint, which is attached hereto as Exhibit A, and Union Community's response to the Second Amended Complaint shall be due 30 days from the entry of this Order.

Dated: 8/6/08

*/s/ Ronald M. Whyte*

Hon. Ronald M. Whyte