1  Erica D. Wilson (SBN 161386)
   *ewilson@goodwinprocter.com*
2  Ruby M. Wayne (SBN 229538)
   *rwayne@goodwinprocter.com*
3  GOODWIN PROCTER LLP
   135 Commonwealth Drive
4  Menlo Park, CA 94025
   Tel: (650) 752-3100
5  Fax: (650) 853-1038

6  Attorneys for Plaintiff SecuGen Corporation

7

8

## UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

## SAN JOSE DIVISION

11

12  SecuGen Corporation,

13         *Plaintiff,*

14     vs.

15  Union Community Co. Ltd.,

16         *Defendant.*

Case No.  C08 01306 RMW (HRL)

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT, COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION**

**DEMAND FOR JURY TRIAL**

17

18  ### SECOND AMENDED COMPLAINT

19      Plaintiff SecuGen Corporation ("SecuGen"), for its Second Amended Complaint against

20  Union Community Co. Ltd. ("Union Community") alleges as follows:

21  ### NATURE OF ACTION

22      1.    This is an action for patent infringement arising under the patent laws of the United

23  States, Title 35, United States Code, §§ 100 *et seq.*, copyright infringement arising under the laws of

24  the United States, Title 17 United States Code, § 101 *et seq.*, and unfair competition arising under

25  California Business & Professional Code, § 17200, *et seq.*

26  ### PARTIES

27      2.    Plaintiff SecuGen is a corporation organized and existing under the laws of the State

28  of Delaware, having its principal place of business at 2356 Walsh Avenue, Santa Clara, California

1

*Sidebar:* **Goodwin Procter LLP**  135 Commonwealth Drive  Menlo Park, California 94025

1    95051.

2         3.     On information and belief, Defendant Union Community is a corporation organized

3    and existing under the laws of the Republic of Korea, having its principal place of business at (138-

4    050) Hyundai Topics Building 3F, 44-3 Bangi-Dong Songpa-gu, Seoul, South Korea.

5                              **JURISDICTION AND VENUE**

6         4.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C.

7    §§ 1331, 1338(a) and 1367.

8         5.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a)

9    and (b).  Union Community is transacting, doing and/or soliciting business and committing acts of

10   patent and copyright infringement in this judicial district and elsewhere in the United States.

11                              **INTRADISTRICT ASSIGNMENT**

12        6.     Assignment to the San Jose Division is proper because Plaintiff SecuGen has its

13   principal place of business in Santa Clara County, and acts of infringement have occurred in Santa

14   Clara County.

15                                   **BACKGROUND**

16        7.     Plaintiff SecuGen is a leading provider of biometric devices including fingerprint

17   recognition devices ("FRD").  An FRD is a device used to identify any individual by his or her

18   fingerprint.  FRDs have a variety of uses including, among other things, providing security for

19   electronic devices such as computers, door locks, and cell phones.

20        8.     On November 27, 2001, U.S. Patent No. 6,324,020 ("the '020 patent") entitled

21   "Method and Apparatus of Trapezoidal Distortion and Improvement of Image Sharpness in an

22   Optical Image Capturing System" was duly and legally issued to inventors Harry H. Teng and Sung-

23   Chan Jo.  SecuGen is the owner by assignment of all rights, title and interest in the '020 patent.  A

24   true and correct copy of the '020 patent is attached as Exhibit A.

25        9.     The technology disclosed and claimed in the '020 patent is directed to optics modules

26   used in FRDs.

27        10.    SecuGen is the owner of a copyright in and to computer programs that are necessary

28   to operate the optics modules in FRDs, including those found on FDxSDK version 3.01 collection 8

                                         2

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

which was released in March 2005.  In particular, the programs include the library FPLIB.DLL, including but not limited to Extdllr.dll (SecuGen's fingerprint extraction algorithm), and Vrfdllr.dll (SecuGen's fingerprint verification algorithm).  SecuGen's computer programs are the subject of Copyright Registration Certificate No. TX 6-836-797 ("Computer Programs").  A true and correct copy of Copyright Registration Certificate No. TX 6-836-797 is attached as Exhibit B.

11.     Union Community is a former SecuGen customer.  Union Community purchased optics modules from SecuGen for use in Union Community's FRDs.  On or about February 20, 2003, SecuGen and Union Community entered into a Mutual Non-Disclosure Agreement ("NDA").  A true and correct copy of the NDA is attached as Exhibit C.

12.     Pursuant to the NDA, SecuGen provided Union Community with certain confidential information, including design drawings of SecuGen's optics modules, to permit Union Community to use SecuGen's optics modules into its products such as doorlocks, computer mouse and fingerprint readers.

13.     Union Community also obtained SecuGen's Software Developer's Kit FDxSDK 3.01 to permit Union Community to use the optics modules in its FRDs.

14.     On November 28, 2005, Union Community filed U.S. Application No. 29/243,530 (the '530 application"), which issued on October 23, 2007 as U.S. Patent No. D553,515 S ("the '515 patent").  Union Community is the named assignee of the '515 patent.  The named inventor of the '515 patent is Yo Shik Shin, Union Community's Chief Executive Officer.  A true and correct copy of the '515 patent is attached as Exhibit D.

15.     The '515 patent claims and describes a FRD optics module that is identical in all relevant aspects to the optics module designed and sold by SecuGen.

16.     Between 2006-2007, Union Community significantly reduced the number of optics modules that it purchased from SecuGen.  Rather than purchase optics modules from SecuGen, Union Community largely copied SecuGen's optics module and incorporated the copied optics modules into its products.

17.     Defendant Union Community imports into the United States, offers to sell, distributes and sells within the United States FRDs including, among others, the VIRDI FOH01 USB

3

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

Fingerprint Reader, the VIRDI RF700 USB Fingerprint Reader, the VIRDI FSH01 and FSH01RF Fingerprint Readers, the VIRDI FOM01 Fingerprint Mouse, the VIRDI 3000 series (including the VIRDI 3000, 3000SC and 3000RF) and VIRDI 200N Fingerprint Terminals, the VIRDI 400FP series (including the VIRDI 400FP, 430FP and 450FP) Fingerprint Authentication Door Locks, the VIRDI 4000 series (including the VIRDI 4000, 4000SC and 4000RF) Fingerprint Terminals, the VIRDI 600FP series Fingerprint Panel, the VIRDI Safe200, Safe300, Safe400 and Safe500 and the VIRDI 10BU and 20BU Fingerprint Recognition OEM Modules.  The foregoing devices listed in this paragraph 17 will be referred to collectively herein as the "Union Community FRDs."

18.     Union Community distributes what Union Community represented was software for use with Union Community's FRDs.  The software is contained on a CD which bears Union Community's name and purports to reserve for itself copyright protection.

19.     The CD contains computer programs that were copied directly from SecuGen and are the subject of SecuGen's Copyright Registration Certificate No. TX 6-836-797.  The copied computer programs include at least FPLIB.DLL, Extdllr.dll and Vrfdllr.dll.

## FIRST CAUSE OF ACTION

### (Infringement of the '020 patent)

20.     SecuGen incorporates the allegations set forth in Paragraphs 1-19 above as if fully set forth herein.

21.     The Union Community FRDs that Union Community imports into the United States, and distributes, offers to sell and sells within the United States include optics modules that are covered by one or more claims of the '020 patent.

22.     Union Community's importation into the United States, and offers to sell, distribution, and sales within the United States of the Union Community FRDs that contain optics modules that are covered by one or more claims of the '020 patent is unauthorized.

23.     Union Community's importation into the United States, and distribution, offers to sell and sales within the United States of Union Community FRDs that contain optics modules that are covered by one or more claims of the '020 patent thus constitutes infringement of the '020 patent in violation of 35 U.S.C. § 271(a).

4

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

24.    Union Community actively induces third-parties to use within the United States the Union Community FRDs.  Third-parties who use the Union Community FRDs infringe one or more claims of the '020 patent.

25.    Union Community thus actively induces infringement of the '020 patent in violation of 35 U.S.C. § 271(b).

26.    The optics modules incorporated into the Union Community FRDs that Union Community imports into the United States, distributes, offers to sell and sells within the United States are not staple articles or commodities of commerce and have no substantial non-infringing use.  On information and belief, Union Community knows that such optics modules are especially made or especially adapted for use in an infringement of the '020 patent.  Third-parties who use Union Community's FRDs infringe one or more claims of the '020 patent.

27.    Union Community thus contributes to infringement of the '020 patent in violation of 35 U.S.C. § 271(c).

28.    Union Community's acts of infringement are willful.  Union Community knew and knows of the '020 patent and that its FRDs infringe the '020 patent.

29.    Union Community's acts of infringement have caused irreparable harm to SecuGen and SecuGen will continue to suffer such irreparable harm unless Union Community is preliminarily and permanently enjoined by this Court.

## SECOND CAUSE OF ACTION

### (Infringement of Copyright Registration Certificate No. TX 6-836-797)

30.    SecuGen incorporates the allegations set forth in Paragraphs 1-29 above as if fully set forth herein.

31.    Pursuant to 17 U.S.C. § 411, SecuGen has properly registered the Computer Programs with the Copyright Office of the United States.  The Computer Programs are the subject of Copyright Registration Certificate No. TX 6-836-797.

32.    Union Community has willfully stolen and made unauthorized copies of the Computer Programs and used SecuGen's Computer Programs without SecuGen's authorization.

33.    The copying of the Computer Programs by Union Community constitutes willful

5

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

infringement of SecuGen's registered copyright in the Computer Programs, in violation of the Copyright Act, 17 U.S.C § 501, resulting in harm and injury to SecuGen.

34.    As a result of the above-described wrongful acts of Union Community in creating infringing copies of the Computer Programs, SecuGen's copyright in the Computer Programs has been infringed and it is entitled to recover actual damages and that portion of the profits realized by Union Community from the use of and commercial exploitation of the infringing copies attributable to the unlawful use by Union Community of the copyrighted material contained in the Computer Programs that is the subject of Copyright Registration Certificate No. TX 6-836-797.

35.    Further, the conduct of Union Community is causing, and unless enjoined and restrained by this Court, will continue to cause SecuGen irreparable injury that cannot fully be compensated in money.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Union Community from further infringing SecuGen's copyright, and ordering each Union Community to destroy all copies of the Computer Programs made in violation of SecuGen's exclusive rights.

## THIRD CAUSE OF ACTION

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200, et seq.)

36.    SecuGen incorporates the allegations set forth in Paragraphs 1-35 above as if fully set forth herein.

37.    California Business & Professions Code section 17200, *et seq*. prohibits acts of unfair competition, including any "unlawful, unfair or fraudulent business act or practice . . . ."

38.    Union Community engaged in unfair business acts or practices in violation of California Business & Professions Code section 17200, *et seq*. by engaging in unfair conduct including but not limited to (a) applying for and receiving a patent that claims and describes a FRD optics module that is identical in all relevant aspects to the optics module designed and sold by SecuGen; (b) copying SecuGen's optics module and incorporating the copied optics modules into Union Community's products; and (c) selling and offering for sale these products to the public.

39.    Union Community's conduct has constitutes unfair business practices as it copied SecuGen's optic module, inserted it into Union Community's products and profited from the

6

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

resulting sales.

40.    Union Community has been unjustly enriched through its acts of unfair competition and unlawful business practices.

## <u>PRAYER</u>

By reason of the foregoing, SecuGen respectfully requests that this Court:

(a)    enter judgment that Union Community has infringed the '020 patent;

(b)    enter judgment that Union Community's acts of patent infringement are willful;

(c)    preliminarily and permanently enjoin Union Community, its officers, subsidiaries, affiliates distributors, agents, servants, employees, attorneys, and all persons in active concert with it, from any further infringement of the '020 patent;

(d)    award damages, costs, and prejudgment interest to SecuGen under 35 U.S.C. § 284;

(e)    declare this case exceptional and award SecuGen its reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

(f)    award SecuGen treble damages for Union Community's willful patent infringement;

(g)    a declaration that the Union Community has willfully infringed SecuGen's exclusive rights in the copyrighted material contained in the Computer Programs that is the subject of Copyright Registration Certificate No. TX 6-836-797;

(h)    a permanent injunction against Union Community, its officers, subsidiaries, affiliates distributors, agents, servants, employees, attorneys, and all persons in active concert with it, directing defendants to:

    1.    cease and desist from infringing SecuGen's copyright in the Computer Programs;

    2.    destroy all copies of the Computer Programs, including any and all advertisements, catalogs and other materials based on or derived from the Computer Programs; and

    3.    take all steps necessary to remove any refinements based or developed from the copied Computer Programs;

(i)    the impounding of all copies of the Computer Programs and any other materials derived

7

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, California 94025

from the Computer Programs in, in whole or in part, incorporating any element of the Computer Programs, and all means by which such copies may be reproduced, and an order providing for the destruction or other reasonable disposition of materials containing copies of the Computer Programs that have been used in violation of SecuGen's exclusive rights, and all means by which such copies may be reproduced; and in the event that certain such copies are no longer under the control of Union Community, provide the name, address and relevant contact information of those believed to be in possession and control of such materials; and

(j)  the filing with this Court and the service on SecuGen within 30 days following service of the injunction order, a report, under oath and in writing, setting forth in detail the manner and form in which Union Community have complied with the injunction; and

(k)  the awarding to SecuGen of damages in an amount equal to the actual damages suffered by SecuGen as a result of the infringement, and that portion of the profits earned by Union Community from the creation and commercial exploitation of the copied Computer Programs, including an award of the reasonable attorneys fees, costs and disbursements incurred by SecuGen in connection with this action;

(l)  enjoin Union Community from further sales of products incorporating the optics modules disclosed in the '515 Patent;

(m)  dedicate the '515 Patent to the public domain;

(n)  award SecuGen such other relief as this Court deems just and proper.

Dated: July 3, 2008

Respectfully submitted,

Plaintiff SecuGen Corporation

By its attorney,

_____/s/_____

Ruby M. Wayne
Email: rwayne@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038

8

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, SecuGen hereby demands trial by jury of all issues triable to a jury.

Dated: July 3, 2008                                    Respectfully submitted,

                                                       Plaintiff SecuGen Corporation

                                                       By its attorney,

                                                       _____/s/_____
                                                       Ruby M. Wayne
                                                       Email:  rwayne@goodwinprocter.com
                                                       GOODWIN PROCTER LLP
                                                       181 Lytton Avenue
                                                       Palo Alto, California  94301
                                                       Telephone:  650-752-3100
                                                       Facsimile:  650-853-1038

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

9

# EXHIBIT A



US006324020B1

(12) **United States Patent**
Teng et al.

(10) Patent No.: **US 6,324,020 B1**
(45) Date of Patent: *****Nov. 27, 2001**

(54) **METHOD AND APPARATUS FOR REDUCTION OF TRAPEZOIDAL DISTORTION AND IMPROVEMENT OF IMAGE SHARPNESS IN AN OPTICAL IMAGE CAPTURING SYSTEM**

(75) Inventors: **Harry H. Teng**, Stanford, CA (US); **Sung-Chan Jo**, Seoul (KR)

(73) Assignee: **SecuGen Corporation**, Milpitas, CA (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/368,442**

(22) Filed: **Aug. 4, 1999**

(51) Int. Cl.[7] .............................. **G02B 17/00**; G06K 9/00
(52) U.S. Cl. ......................... **359/726**; 359/737; 359/798; 359/831; 356/71; 382/127
(58) Field of Search ..................................... 359/726, 731, 359/798, 831, 837; 356/71; 382/124–127, 116; 340/5.53, 5.83

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,527,535 | * 9/1970 | Monroe | 382/127 |
| 3,864,042 | * 2/1975 | Leventhal | 382/127 |
| 3,975,711 | 8/1976 | McMahon | 382/126 |
| 4,120,585 | 10/1978 | DePalma et al. | 356/71 |
| 4,135,147 | 1/1979 | Riganati et al. | 382/125 |
| 4,210,899 | 7/1980 | Swonger et al. | 382/125 |
| 4,340,300 | 7/1982 | Ruell | 356/71 |
| 4,414,684 | 11/1983 | Blonder | 382/127 |
| 4,668,995 | * 5/1987 | Chen et al. | 382/52 |
| 4,681,435 | 7/1987 | Kubota et al. | 356/71 |

| | | | |
|---|---|---|---|
| 4,832,485 | 5/1989 | Bowles | 356/71 |
| 4,872,203 | 10/1989 | Asai et al. | 382/124 |
| 4,983,415 | 1/1991 | Arndt et al. | 427/1 |
| 5,051,576 | 9/1991 | Schiller | 250/227.11 |
| 5,096,290 | 3/1992 | Ohta | 356/71 |
| 5,177,435 | 1/1993 | Kiyokawa et al. | 324/755 |
| 5,177,802 | 1/1993 | Fujimoto et al. | 382/124 |
| 5,189,482 | * 2/1993 | Yang | 382/127 |
| 5,210,588 | 5/1993 | Lee | 356/71 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1286032 | 9/1991 | (CA) . |
| 19509751 | 9/1996 | (DE) . |
| 0 308 162 A2 | 3/1989 | (EP) . |
| 0 308 162 A3 | 3/1989 | (EP) . |

(List continued on next page.)

OTHER PUBLICATIONS

Seigo Igaki et al. (Jan. 1990). "Holographic Fingerprint Sensor," *Fujitsu Sci.Tech. J.*, JP, Fujitsu Limited. Kawasaki, 25(4): 287–296.

*Primary Examiner*—Evelyn A Lester
(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) **ABSTRACT**

An apparatus and method for acquiring an image of a patterned object such as a fingerprint including a light refracting device, a focusing lens, and a light source. The light refracting device can, for example, be a prism and includes an imaging surface, a light receiving surface and a viewing surface. Incident light from the light source is projected through the light receiving surface and reflected off a surface other than the imaging surface. This reflected light is then projected onto the imaging surface to create an image of the patterned object from substantially all scattered light through the viewing surface. The lens is placed adjacent to the viewing surface to focus the light on an image sensor. The apparatus is configured to reduce or substantially eliminate trapezoidal distortion and improve overall image sharpness in an image of an object created by the apparatus.

**19 Claims, 7 Drawing Sheets**



**US 6,324,020 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,222,153 | 6/1993 | Beiswenger | 382/127 |
| 5,233,404 | 8/1993 | Lougheed et al. | 356/71 |
| 5,416,573 | 5/1995 | Sartor, Jr. | 356/71 |
| 5,548,394 | 8/1996 | Giles et al. | 356/71 |
| 5,623,553 * | 4/1997 | Sekiya | 382/127 |
| 5,635,723 | 6/1997 | Fujieda et al. | 250/556 |
| 5,680,205 | 10/1997 | Borza | 356/71 |
| 5,732,148 | 3/1998 | Keagy et al. | 382/124 |
| 5,737,071 | 4/1998 | Arndt | 356/71 |
| 5,740,276 | 4/1998 | Tomko et al. | 382/210 |
| 5,796,858 * | 8/1998 | Zhou et al. | 382/127 |
| 5,812,252 * | 9/1998 | Bowker et al. | 356/71 |
| 5,822,445 | 10/1998 | Wong | 382/127 |
| 5,875,025 * | 2/1999 | Toyoda et al. | 356/71 |
| 5,963,657 * | 10/1999 | Bowker et al. | 382/127 |
| 6,154,285 * | 11/2000 | Teng et al. | 356/71 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 617 919 A2 | 10/1994 | (EP) . | |
| 0 617 919 A3 | 10/1994 | (EP) . | |
| 0 847 024 A2 | 6/1998 | (EP) . | |
| 0 847 024 A3 | 6/1998 | (EP) . | |
| 0 867 828 A2 | 9/1998 | (EP) . | |
| 0 867 828 A3 | 9/1998 | (EP) . | |
| 0 867 829 A2 | 9/1998 | (EP) . | |
| 0 867 829 A3 | 9/1998 | (EP) . | |
| 0847024 A | 10/1998 | (EP) . | |
| 5216981 | 8/1993 | (JP) . | |
| 7131322 | 5/1995 | (JP) . | |
| 11102432 | 4/1999 | (JP) . | |
| 61-145686 A * | 7/1986 | (JP) | 382/127 |
| 61-221883 A * | 10/1986 | (JP) | 382/127 |
| 62-74177 A * | 4/1987 | (JP) | 382/127 |
| 2-133892 A * | 5/1990 | (JP) | 382/127 |
| 2-188888 A * | 7/1990 | (JP) | 382/127 |
| 3-95693 A * | 4/1991 | (JP) | 382/127 |
| 3-246693 A * | 11/1991 | (JP) | 382/127 |
| 3-292578 A * | 12/1991 | (JP) | 382/127 |
| 9407344 | 8/1994 | (KR) . | |
| WO 97/14111 | 4/1997 | (WO) . | |
| WO 98/11478 | 3/1998 | (WO) . | |
| WO 98/11501 A2 | 3/1998 | (WO) . | |
| WO 98/11501 A3 | 3/1998 | (WO) . | |
| WO 98/11750 | 3/1998 | (WO) . | |
| WO 98/35118 | 8/1998 | (WO) . | |

* cited by examiner



*FIG._1*
*(PRIOR ART)*



*FIG._2*
*(PRIOR ART)*



## FIG._3
### (PRIOR ART)



## FIG._5



*FIG._4*



**FIG._6**



*FIG._7*



*FIG._8*



FIG._9



FIG._10

US 6,324,020 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD AND APPARATUS FOR REDUCTION OF TRAPEZOIDAL DISTORTION AND IMPROVEMENT OF IMAGE SHARPNESS IN AN OPTICAL IMAGE CAPTURING SYSTEM

## FIELD OF THE INVENTION

The present invention relates to an optical acquisition apparatus for use with an image capturing and recognition system. In particular, the present invention includes an optical acquisition apparatus for reducing or substantially eliminating trapezoidal distortion in images of patterned objects and allowing such images to be more sharply focused.

## BACKGROUND

Patterned object recognition systems are becoming common in industrial and commercial settings and have a variety of uses. For example, such systems can be used in scanners for the scanning of text, drawings, and photographs. Recently, manufacturers have been attempting to reduce costs associated with pattern recognition systems to make them more viable for consumer use. One such consumer application for pattern recognition systems includes fingerprint acquisition and recognition. Such a system is useful, for example, to enhance computer security by reading a potential user's fingerprint to compare with the fingerprints of users authorized to use the computer or access certain files or functions of the computer. Such a system could, for example, take the place of a security system that uses a login name and password.

The first thing such a fingerprint recognition system, or any pattern recognition system, must be able to do is to accurately acquire the fingerprint, or other pattern, for analysis. A number of mechanisms exist for such acquisition of pattern data. For example, U.S. Pat. Nos. 3,975,711; 4,681,435; 5,051,576; 5,177,435 and 5,233,404 all disclose apparatuses for acquiring an image of a patterned object.

FIG. 1 shows a schematic diagram of one such prior art optical fingerprint capturing and recognition system. In FIG. 1, an optical recognition system 108 includes a light source 112, an optical triangular prism 110, a lens assembly 114, an image sensor 116, and a storage and processing unit 125. The prism 110 includes an imaging surface 118, a light receiving surface 120, and a viewing surface 122. Imaging surface 118 is the surface against which a patterned object, such as a fingerprint, is placed for imaging. The light source 112, which may, for example, be a light emitting diode (LED), is placed adjacent to light receiving surface 120 and generates incident light 124 that is transmitted to the optical prism 110. The optical prism 110 is an isosceles right triangle, with the angle opposite the imaging surface 118 being approximately 90 degrees and the other two "base" angles (that is, the two angles of an isosceles prism that are equal) each being approximately 45 degrees.

Generally, incident light 124 strikes imaging surface 118 at an angle 126 with the incident surface normal line 115. Angle 126 is greater than the critical angle 128. In general, a critical angle is measured between an incident light ray and a normal line to a surface. If incident light strikes a surface at an angle greater than the critical angle, the incident light will undergo total internal reflection off the surface, if the incident light strikes the surface at an angle less than the critical angle, the incident light will substantially pass through the surface. Accordingly, critical angle 128 is the angle with the normal line to the imaging surface 118 above

which incident light will totally internally reflect from imaging surface 118 and pass out of prism 110 as reflected light 130 through viewing surface 122.

Reflected light 130 passes through lens assembly 114 located adjacent to viewing surface 122. Lens assembly 114 may contain one or more optical lenses. Thereafter, light from lens assembly 114 is captured by image sensor 116. Image sensor 116, which may, for example, be a charge coupled device (CCD) or a complementary metal oxide semiconductor (CMOS) device, captures optical light images and converts them to electrical signals. Such image sensors are well known to those skilled in the art. The electrical signals are then transmitted to the storage and processing unit 125.

Storage and processing unit 125 may include a memory unit, a processor and an analog to digital converter (not shown). The analog to digital converter converts the analog electrical signals from the image sensor 116 into digital data. The memory is used to store the digital data and algorithms for comparing a captured fingerprint image with a stored fingerprint image. The processor compares the captured digital data with data previously stored in memory based on an algorithm for comparing such data. The processor may also analyze the captured digital data for purposes different from comparison with stored data. Such storage and processing units are known to those skilled in the art and can include standard personal computers equipped with appropriate software. Algorithms for processing and comparison of image data are disclosed, for example, in U.S. Pat. Ser. Nos. 4,135,147 and 4,668,995 each of which is incorporated in its entirety by reference.

When a fingerprint is placed on the optical prism's imaging surface 118, ridges 111 of the fingerprint contact imaging surface 118, and valleys 109 of the fingerprint remain out of contact with imaging surface 118. Thus, in fingerprint valleys 109, incident light 124 entering optical prism 110 from light source 112 undergoes total internal reflection at imaging surface 118 if the incidence angle of the incoming light exceeds the critical angle of the optical prism 110. However, at ridges 111 of a fingerprint some of incident light 124 is absorbed and scattered off the fingerprint ridge. As used herein, the term "scattered" indicates light which, after striking an irregular surface, is radiated or irregularly reflected off the irregular surface in multiple directions.

As a result of this scattering and/or absorption, there is less than total internal reflection of incident light 124 at fingerprint ridges 111. Thus, the intensity of reflected light 130 leaving prism 110 from the valleys 109 of a fingerprint is of greater intensity than reflected light 130 leaving prism 110 from ridges 111. The lower intensity reflected light 130 from ridges 111 translate into darker regions to indicate the presence of an object at the point of incidence between the light beam and the fingerprinting surface. Conversely, higher intensity reflected light 130, such as that which undergoes total internal reflection, translates into brighter regions to indicate the absence of an object at the point of incidence between the incident light 124 and the imaging surface 118. This allows distinguishing the darker fingerprint ridges 111 from the relatively brighter fingerprint valleys 109. Because absorption of incident light at fingerprint ridges 111 is primarily responsible for creating a fingerprint image, system 108 is referred to as an "absorption" imaging system.

The above described system allows capturing an optical fingerprint image and processing the electrical representation of the optical fingerprint image. However, in regions of fingerprint ridges 111, incident light 124 still undergoes

US 6,324,020 B1

3

some total internal reflection and some scattering in a direction parallel to reflected light **130**. Thus, the difference in intensity between reflected light **130** from fingerprint valleys **109** and fingerprint ridges **111** can be relatively low. That is, the contrast between fingerprint ridges **111** and valleys **109** in the fingerprint image can be relatively low. This can make image acquisition, processing, and comparison relatively difficult.

Additionally, in an optical recognition system such as optical recognition system **108** it can be desirable that the diameter of the first lens in lens assembly **114** be smaller than the image of a fingerprint on viewing surface **122**. This both allows optical recognition system **108** to be relatively small and can be less expensive to manufacture.

However, as shown in FIG. 2, in an absorption type system such as system **108**, if the diameter of the first lens of lens assembly **114** is smaller than the fingerprint on imaging surface **118**, then the lens assembly **114** must generally be placed relatively far from viewing surface **122**. This allows the image of a fingerprint captured by system **108** to be relatively sharp all the way to the edges of the fingerprint image. That is, if lens assembly **114** is placed too close to viewing surface **122**, the edges of a fingerprint image could be lost or distorted near the edges of the image. This is because in an absorption system such as system **108**, the light rays which generate the image of the fingerprint must be substantially parallel for the image to be in focus. And, if the first lens in lens assembly **114** is smaller than the fingerprint in imaging surface **118**, then the light rays from the edges of the fingerprint image that are parallel to light rays from areas closer to the center of a fingerprint image may not be able to enter lens assembly **114**. This can cause the edges of a fingerprint image to be out of focus or lost.

Thus, as shown in FIG. 2, if the lens assembly for optical recognition system **108** were placed where lens assembly **114'** is shown (in phantom), then substantially parallel rays of reflected light **130** and **130'** would not enter lens assembly **114'**. For this reason, system **108** would not produce a sharp image of a fingerprint placed on imaging surface **118** at points A and B if the lens assembly were placed at the location of lens assembly **114'**.

Thus, as shown in FIG. 2, in an absorption system, the reduction in size gained by manufacturing a relatively small first lens of lens assembly **114** can be lost because lens assembly **114** must be placed at a relatively large distance from viewing surface **122** in order to capture the entire fingerprint image using light rays that are substantially parallel. For this reason, making optical recognition system **108** relatively compact can be problematic. Additionally, a relatively large distance between viewing surface **122** and lens assembly **114** can cause loss of contrast in the fingerprint image due to light interference.

Further, when the first lens in lens assembly **114** is smaller than an image of a fingerprint at viewing surface **122**, a phenomenon known as trapezoidal distortion can occur in optical recognition system **108**. Trapezoidal distortion in an imaging system has the effect of making the image of a square created by the system appear as a trapezoid.

FIG. 2 is a schematic illustration showing why trapezoidal distortion arises in optical recognition system **108**. Incident light **124** from light source **112** enters prism **110** and reflects off imaging surface **118**, imaging object AB. Reflected light **130** then passes out of viewing surface **122** and to lens assembly **114** at points A' and B' to form object A'B'. Viewing object AB through viewing surface **122**, object AB would appear to be located at an "apparent image" object ab.

4

Specifically, point A appears to be at point a, a distance aa' from viewing surface **122** and point B appears to be at point b, a distance bb' from viewing surface **122**. The distance that an apparent image of an object appears from viewing surface **122** is given by the actual distance the object is from viewing surface **122** divided by the index of refraction n of prism **110**. Specifically, the distance aa' is given by:

$$aa'=Aa'/n,$$

where n is the index of refraction of prism **110**. Similarly,

$$bb'=Bb'/n.$$

Trapezoidal distortion occurs when the light path length from the apparent image of an object to the lens plane **107** of lens assembly **114** is different for different parts of the imaged object and the object lens of the lens assembly **114** is smaller than the image of the fingerprint through viewing surface **122**. Specifically, trapezoidal distortion in system **108** because the distance aA' is longer than the distance bB' and lens assembly **114** has a smaller diameter than the distance a'b' on viewing surface **122**.

Another consequence of distance aA' being larger than distance bB' is that an image of an object which is sharply focused at each part of the image can be difficult to obtain. More generally, whenever the light path length from the apparent image of an object to the lens plane, and ultimately image sensor, of a lens assembly is different for different parts of the imaged object, parts of the image of the object at the lens plane may be in relatively sharp focus and parts of the image may be out of focus.

To correct both the problems of trapezoidal distortion and having a portion of an image of an object which is out of focus, prior art manufacturers have tilted the lens plane **107** of lens assembly **114** and image sensor **116** to increase the distance bB' and decrease the distance aA' to a point where the two distances are approximately equal. However, it is a property of an isosceles right prism (that is, a triangular prism in which the base angles measure approximately 45 degrees and the non-base angle, or apex angle, measures approximately 90 degrees), that reflected light **130** exits prism **110** substantially normal to viewing surface **122**. That is, no refraction of reflected light **130** occurs as it exits viewing surface **122**. Further, generally, the larger the angle of incidence on a surface of a transparent object, the greater the portion of incident light that is reflected from the surface. Thus, while tilting lens assembly **114** and the sensor can reduce trapezoidal distortion and increase image sharpness, it also causes greater reflection of reflected light **130** off the surface of lens assembly **114**, and the surface of image sensor **116**, because reflected light **130** strikes lens assembly **114** at a greater angle of incidence. This reduces the intensity of light entering image sensor **116**, making image processing and comparison more difficult.

Additionally, the relative placement of light source **112** and lens assembly **114** make it possible for stray light **113** emitted by light source **112** to enter lens assembly **114**. This can generate additional background "noise" light which can further reduce the quality of a captured image and make image processing more difficult.

To overcome some of the difficulties associated with the type of absorption image acquisition system described above, acquisition systems have been designed which are based primarily on "scattering" mechanisms rather than absorption mechanisms. One such acquisition system is disclosed by U.S. Pat. No. 5,233,404 issued to J. Lougheed et al. on Aug. 3, 1993 (Lougheed et al.). FIG. 3 is a schematic diagram illustrating the image acquisition portion of the apparatus disclosed by Lougheed et al. As shown in FIG. 3, a prior art image acquisition system **208** includes a

US 6,324,020 B1

5                                                          6

trapezoidal prism **210**, a light source **212**, a lens assembly **214** and an image sensor **216**. The trapezoidal prism **210** includes at least an imaging surface **218**, a light receiving surface **220**, and a viewing surface **222**.

The imaging surface **218** is the surface against which an object to be imaged, such as a fingerprint, is placed. The light source **212** is located adjacent to and facing the light receiving surface **220** which is substantially parallel to imaging surface **218**. Thus, incident light **224** emitted by light source **212** projects light through prism **210** and onto imaging surface **218** at an angle which is generally less than the critical angle **228** of prism **210**. Therefore, in the valleys **209** of a fingerprint placed against imaging surface **218** where the fingerprint is not in contact with imaging surface, total internal reflection does not occur and incident light **224** passes through imaging surface **218**. At points where fingerprint ridges **211** are in contact with imaging surface **218**, incident light **224** strikes the fingerprint ridge to generate scattered (or equivalently, irregularly reflected) light **230**. Scattered light **230** propagates back into prism **210** in substantially all directions including the direction of lens assembly **214**, located adjacent to viewing surface **222**. Scattered light passes through viewing surface **222** and into lens assembly **214** to be detected by image sensor **216**, which, as above, can be a CCD, CMOS or other type of detector.

In the region of a fingerprint valley **209**, incident light **224** passes through imaging surface **218**. And, in the area of a fingerprint ridge **211**, incident light **224** scatters off imaging surface **218** to be picked up by lens assembly **214** and image sensor **216**. Accordingly, the image of the fingerprint is relatively bright at fingerprint ridges **211** and relatively dark at fingerprint valleys **209**. Because scattered light **230** is picked up by the image sensor **216**, this type of system is referred to as a "scattering" system.

The difference in intensity, or ratio of intensity, between the ridges and valleys in a fingerprint image created by such a scattering system can be greater than the difference in intensity, or ratio of intensity, between the ridges and valleys of a fingerprint image created in an absorption system as shown in FIG. 1. As a result, the fingerprint image created by such a scattering system can display higher contrast between fingerprint ridges and valleys than an image created by an absorption system. Thus, the image can be more accurately acquired by the image sensor **216**. This can reduce errors in subsequent fingerprint comparisons performed by the system.

Additionally, it is a property of a scattering system that the rays of light which enter lens assembly **214** to produce an image of a fingerprint in a scattering system do not need to be parallel to produce a sharp image. Thus, if the first lens in lens assembly **214** is smaller than the image of the fingerprint in viewing surface **222**, lens assembly **214** can still be placed relatively close to viewing surface **222** without loss of image sharpness near the edges of the image.

However, a trapezoidal prism such as prism **210** can be more expensive to manufacture than a triangular prism such as prism **110**, shown in FIG. 1. This is because, among other reasons, there is an extra surface to polish. This can increase the price of an imaging system such as imaging system **208**, making it less viable for consumer use.

Additionally, because of differences in scattered light path lengths from different portions of the apparent image of the fingerprint in prism **210** to lens assembly **214**, image acquisition system **208** can cause portions of a fingerprint image to be out of focus in a manner similar to that of optical recognition system **108**. Additionally, though not shown in FIG. **3**, if the first lens in lens assembly **214** of image acquisition system **208** is smaller than a fingerprint image on viewing surface **222** the differences in scattered light path lengths from different portions of the apparent image of the fingerprint in prism **210** to lens assembly **214** and image sensor **216** can also cause trapezoidal distortion.

As the above discussion makes clear, there is a need for improved image acquisition apparatus for use with patterned object recognition systems. Specifically, an image acquisition apparatus which produces an image having reduced or substantially eliminated trapezoidal distortion would be desirable. Additionally, an image acquisition system which generates an image in which substantially the entire image is in focus is also desirable. The image acquisition system should also be relatively compact and inexpensive to manufacture.

## SUMMARY OF THE INVENTION

The present invention includes a compact image acquisition apparatus which produces a high contrast, low distortion image which has reduced or substantially no trapezoidal distortion. Additionally, the image acquisition system of the present invention can be relatively low cost to manufacture. The apparatus includes a light refractor having an imaging surface against which a patterned object is to be placed to form an apparent image of the patterned object in the light refractor, a further surface, and a viewing surface. The viewing surface is adjacent to the imaging surface and forms an angle y therewith. An image of the patterned object is projected through the viewing surface. The apparatus also includes a lens adjacent to the viewing surface for receiving and focusing an image of a patterned object. The lens has a lens plane which is perpendicular to an optical axis of the lens and which forms an angle δ with the viewing surface. The angles γ and δ are formed to substantially equalize a path length of a first light ray traveling from one part of the apparent image of the patterned object to the lens plane, and ultimately, to the image sensor, with a path length of any other light ray substantially parallel to the first light ray and traveling from another part of the apparent image of the patterned object to the lens plane, and ultimately, the image sensor. Preferably, this is achieved by fixing angles γ and δ to conform to the equation:

$$0.7 \le (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \le 1.30.$$

In another aspect of the present invention, preferably, every point of the portion of the imaging surface against which an object to be imaged is to be placed is able to have at least one light ray scattered therefrom such that the intersection of the light ray and the viewing surface form an angle, adjacent to the intersection of the viewing surface and the imaging surface, which is less than 90 degrees.

In yet another aspect of the present invention, a method of generating an image of a patterned object includes providing a light refractor having an imaging surface, a viewing surface, and a further surface. An angle γ is formed between a plane defined by the viewing surface and a plane defined by the imaging surface. A patterned object is placed against the imaging surface and incident light is projected into the light refractor. The incident light is scattered off the imaging surface and patterned object and through the viewing surface. A lens is provided adjacent to the viewing surface and an angle δ is formed between the focal plane of the lens and the plane defined by the viewing surface. The angles γ and δ are fixed to substantially equalize a path length of a first light ray traveling from one part of an apparent image of the

7

patterned object formed in the light refractor to the lens plane, and ultimately the image sensor, with a path length of any other light ray substantially parallel to the first light ray and traveling from another part of the apparent image of the patterned object to the lens plane and image sensor. Preferably, the angles γ and δ are fixed so that they are related by the equation:

$$0.7 \leq (n^2\sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta)+\sin^2\delta \leq 1.30$$

Additionally, it is preferable that the portions of the imaging surface to be used for imaging are each able to have at least one light ray scattered therefrom such that the intersection of the light ray and the viewing surface form a first angle, adjacent to the intersection of the viewing surface and the imaging surface, which is less than 90 degrees.

The apparatus and method discussed above allow forming an image of a patterned object which has reduced, or is substantially free of, trapezoidal distortion and which can generate an image the entirety of which is in relatively sharp focus. This advantageously facilitates more accurate processing and comparison of patterned object images.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic of a prior art image acquisition apparatus which utilizes an absorption image acquisition technique.

FIG. 2 is a schematic of the image acquisition apparatus of FIG. 1 illustrating trapezoidal distortion.

FIG. 3 is a schematic of a second prior art image acquisition apparatus which utilizes a scattering image acquisition technique.

FIG. 4 is a schematic diagram of an image acquisition system including a prism, light source, lens assembly, and image sensor, in accordance with the present invention.

FIG. 5 is a perspective view of the prism and light source shown in FIG. 4.

FIG. 6 is a schematic diagram of the image acquisition system shown in FIG. 4 illustrating how trapezoidal distortion is reduced.

FIG. 7 is a schematic diagram showing a lens assembly which can be used with the image acquisition system shown in FIG. 4.

FIG. 8 is a schematic diagram of the image acquisition system shown in FIG. 4 illustrating preferred prism and lens assembly configuration.

FIG. 9 is a schematic diagram showing an alternate embodiment of a prism which can be used with the image acquisition system of the present invention illustrating a scattered light ray path.

FIG. 10 is a schematic diagram of the prism shown in FIG. 9 illustrating an alternate scattered light ray path.

DETAILED DESCRIPTION

FIGS. 4 and 5 show a patterned object image acquisition system 308 in accordance with the present invention. Acquisition system 308 preferably includes a triangular prism 310, a light source 312, a lens assembly 314, and an image sensor 316. Prism 310 is a five faced triangular prism the length of which extends into the plane of FIG. 4. Prism 310 includes a rectangular, planar, imaging surface 318 against which an object to be imaged, such as a fingerprint 335, is placed. Prism 310 also includes a rectangular, planar, viewing surface 320 through which an image of a fingerprint 335 placed against imaging surface 318 passes out of prism 310.

8

In the embodiment of FIGS. 4 and 5, viewing surface 320 also serves as a light receiving surface for allowing light to pass into prism 310. A light scattering surface 322 comprises a third, or further, rectangular, planar, surface of prism 310. For reasons detailed below, light scattering surface 322 is preferably a diffusive.

Light source 312 is preferably an elongated LED array consisting of a single row of light emitting diodes (LEDs) extending the length (into the plane of FIG. 4) of prism 310. If such LEDs are used as light source 312, a diffusive cover can be placed between the LEDs and viewing surface 320 to provide more even illumination of imaging surface 318. It is also within the ambit of the present invention, however, for light source 312 to be any other type of light source to provide incident light into prism 310. Preferably, light source 312 is placed along an edge 338 of prism 310 which is opposite imaging surface 318. However, it is also within the ambit of the present invention to configure and locate a light source for acquisition system 308 in any other way. For example, other configurations for light sources which can be used with the present invention are disclosed in commonly assigned, co-pending U.S. patent application Ser. No. 09/191,428 for "High Contrast, Low Distortion Optical Acquisition System for Image Capturing" filed Nov. 12, 1998, still pending, which is hereby incorporated by reference in its entirety. This includes placing light source 312 against viewing surface 320 anywhere between edge 338 and the line 360 along viewing surface 320 formed by the intersection of viewing surface 320 and a perpendicular line to viewing surface 320 which intersects edge 365.

Lens assembly 314 is for receiving scattered light 330 from fingerprint 335 and focusing scattered light 330 onto image sensor 316. Lens assembly 314 can be a single lens or, preferably, can consist of multiple lenses. Most preferably, lens assembly 314 has a focal length of approximately 13.48 mm and is located approximately 13.5 mm from viewing surface 320. Additionally, as shown in FIG. 7 which is a schematic diagram of one embodiment of lens assembly 314, lens assembly most preferably consists of three lenses 904, 906, and 908 whose respective optical axes are aligned on a common optical axis 902. Lens 904 most preferably has a diameter of approximately 17.8 mm, and both lenses 906 and 908 most preferably have a diameter of approximately 6 mm. It is considered that any number of lenses be included in lens assembly 314.

Image sensor 316 captures optical light images from lens assembly 314 and converts them to electrical signals. Image sensor 316 can be a charge couple device ("CCD") or any other means of converting a light signal into either an analog or digital electrical signal. Preferably, image sensor 316 is a complementary metal oxide semiconductor device. CCD and CMOS image sensors are well known by those skilled in the art. The electrical signals generated by image sensor 316 can be processed using known means and used to compare input patterns, such as fingerprints. As noted in the Background section, such signal processing means are disclosed, for example, in U.S. Pat. Nos. 4,135,147 and 4,668,995, which have been incorporated by reference.

To create an optical image of fingerprint 335 on image sensor 316, fingerprint 335 is placed against imaging surface 318. Incident light 324 from light source 312 passes through viewing surface 320 and into prism 310. Because light source 312 is located adjacent to edge 338, incident light 324 strikes scattering surface 322. As noted above, scattering surface 322 is preferably diffusive. As such, a relatively high portion of incident light 334 striking scattering surface 322 is internally scattered in prism 310. This scattered light then

US 6,324,020 B1

9                                                          10

strikes imaging surface **318**. Even if light scattering surface **322** is not diffusive, substantially all of incident light **324** will strike scattering surface **322** at an angle **323** which is greater than the critical angle for scattering surface **322**. Thus, incident light will reflect off scattering surface **322** and strike imaging surface **318**. To enhance reflection of incident light off scattering surface **322** it is contemplated to place a mirrored face of a reflecting surface **381** towards scattering surface **322**.

Because incident light **324** has been scattered or directly reflected off scattering surface **322**, a relatively large percentage of incident light **324** will strike imaging surface **318** at an angle **327** less than the critical angle **328** of prism **310**. Accordingly, incident light **324** which strikes imaging surface **318** at a region thereof where there is a fingerprint valley **309** will not undergo total internal reflection and will substantially pass through imaging surface **318**. Thus, substantially no light hitting an area of imaging surface **318** where there is a fingerprint valley **309** will be directed into the sensor **316**. However, incident light **324** that strikes a region of imaging surface **318** where there is a fingerprint ridge **311** touching imaging surface **318** will substantially scatter, producing scattered light **330**. A portion of scattered light **330** will exit prism **310** via viewing surface **320**. Upon exiting prism **310**, scattered light **330** will refract into lens assembly **314** which will focus scattered light **330** into image sensor **316**.

Because incident light **324** can be scattered by scattering surface **322**, incident light **324** provides relatively uniform illumination over imaging surface **318** which produces a relatively uniform image. Such a uniform image is desirable because it is easier to process and compare with other stored fingerprint data. To further increase the uniformity of illumination over imaging surface **318**, the portion of viewing surface **320** facing light source **312** can be streaked by etching lines **370**, shown in FIG. **5**, on viewing surface **320**. Lines **370** run the length of prism **310** and parallel to apex **338**. Lines **370** act to diffuse light emitted from light source **312** as it passes through viewing surface **320**.

In addition to the components discussed above, image acquisition system **308** preferably also includes a light blocking shield **350** on a portion of light receiving surface adjacent to light source **312**. Preferably, light blocking shield runs the entire length of prism **310** (into the plane of FIG. **4**). Light blocking shield **350** is to reduce the amount of stray light from light source **312** which might enter lens assembly **314** and interfere with or cloud a fingerprint image. It is also considered that the surface of light blocking shield **350** facing the interior of prism **310** be mirrored. This mirroring can act to desirably increase the intensity of scattered light incident on imaging surface **318**. In addition to, or instead of, light blocking surface **350**, a second light blocking surface **352** can be placed between light source **312** and lens assembly **314**. Light shield **352** preferably extends from viewing surface **320** at an angle to block stray light from light source **312** from entering lens assembly **314**.

Because light source **312** is relatively narrow and located adjacent to edge **338** opposite imaging surface **318**, substantially all incident light **324** reaching imaging surface **318** is reflected or scattered into the lens assembly **314**. That is, almost no incident light **324** can be captured by the image sensor **316** without scattering off the imaging surface **318** at the points of contact with fingerprint ridges **311**. To further reduce the likelihood of incident light **324** which falls into the fingerprint valleys **309** reaching image sensor **316** through lens assembly **314**, light source **312** is preferably configured not to extend past a line **360**, shown in FIG. **5**,

extending the length of prism **310** and defined by the intersection of a plane normal to viewing surface **320** and intersecting with edge **365**, adjacent to imaging surface **318**. If light source **312** is kept on the same side of this line as apex **338**, then substantially no incident light **324** emitted perpendicularly from light source **312** will reach image sensor **316** without scattering off the fingerprint ridges **311**.

By minimizing the incident light **324** from light source **312** that is directly incident on imaging surface, there is substantially no total internal reflection of incident light **324** from regions of imaging surface **318** where there are fingerprint valleys **309**. This means that substantially no light from these valley regions passes through viewing surface **320** and into lens assembly **314**. Rather, substantially all the light passing into lens assembly **314** from imaging surface **318** is scattered from fingerprint ridges **311** on imaging surface **318**. This provides a fingerprint image having relatively high contrast between fingerprint ridges **311** and valleys **309**. Such a high contrast fingerprint image is relatively easy to process and compare with other fingerprint images and can, therefore, advantageously increase processing accuracy.

Further, use of this scattering technique for image acquisition is achieved with a triangular prism, as opposed to a trapezoidal prism as disclosed in Lougheed, discussed in the Background section. Because triangular prisms can be more efficient to manufacture than trapezoidal prisms, image acquisition system **308** can advantageously be relatively less expensive to manufacture.

Moreover, scattered light generally scatters from an object in many directions, as opposed to substantially one direction. And, as noted in the Background, nonparallel scattered light can be used by a lens assembly to form a focused image of an object. Thus, as shown in optical recognition system **318** in FIG. **6**, if the first lens of lens assembly **314** has a smaller diameter than the diagonal of fingerprint **335** in viewing surface **320**, non-parallel scattered light rays can be used to produce a focused image of fingerprint **335**. Accordingly, lens assembly **314** can be, but does not necessarily need to be, placed relatively close to viewing surface **320** without loss of image quality near the edges of a fingerprint image generated by system **308**. This advantageously allows the image acquisition system **308** to be relatively compact and allows lens assembly **314** to be relatively low cost to manufacture.

Because, as shown in FIG. **6**, the diameter of a first lens of lens assembly **314** is smaller than the size of the fingerprint on imaging surface **318**, trapezoidal distortion could result in a generated image. However, the image acquisition system of the current invention can reduce trapezoidal distortion in, and increase the overall sharpness of, a produced image. As discussed in the Background section, trapezoidal distortion is manifested in an image having dimensions distorted from those of the actual object being imaged. Both trapezoidal distortion and portions of an image being out of focus can be caused by variation in path length of light from the apparent image of an object to lens assembly **314**, and ultimately image sensor **316**, from one part of the imaged object to another. As shown in FIG. **6**, however, in image acquisition system **308**, the path length of scattered light **330** from different points on the apparent image **335'** of fingerprint **335** to lens assembly **314** and image sensor **316** is substantially the same. Specifically, path AA' is substantially equal to path BB' and path CC'. Thus, trapezoidal distortion can advantageously be reduced and overall image sharpness can be increased. As shown in FIG.

US 6,324,020 B1

11

6, substantial equalization of paths AA', BB' and CC' is facilitated by tilting lens assembly **314** with respect to viewing surface **320**.

However, unlike optical recognition system **108**, shown in FIG. **1**, such tilting of lens assembly **314** does not severely reduce the intensity of the image reaching image sensor **316**. As noted in the background section with respect to optical recognition system **108**, tilting lens assembly **114** causes reflected light **130** to strike the first element of lens assembly **314** at an angle to normal line thereof. This causes greater reflection of reflected light **130** from the surface of lens assembly **114**, thereby undesirably reducing image intensity at image sensor **116**.

However, prism **310** preferably has an index of refraction higher than **1**. Thus, scattered light **330** which strikes viewing surface **320** refracts away from the normal to viewing surface **320** as it exits prism **310**. As such, by tilting the lens plane **307** of lens assembly **314**, scattered light **330** strikes lens assembly **314** at substantially 90 degrees. Thus, there is little or no loss in image intensity due to undue reflection of scattered light at the surface of lens assembly **314**, and trapezoidal distortion can be reduced, and overall image sharpness can be increased, without losing image intensity at image sensor **316**.

Referring to FIG. **8**, the appropriate angle at which to tilt lens assembly **314** can be determined. In FIG. **8**, light rays **410** and **412** are scattered from imaging surface edge **414** and opposite imaging surface edge **416**, respectively. Lens plane **307** is a theoretical representation of lens assembly **314** as the thickness of the lens assembly goes to zero. Distance Aa is the distance from the apparent image of an object in prism **310** to lens plane **307** along light ray **410** and distance B'b is the distance from the apparent image of an object in prism **310** along light ray **412**. In order to substantially eliminate trapezoidal distortion, distance Aa must be substantially equal to distance B'b. Because B'b is the apparent depth of an object at edge B in prism **310**, then, as discussed in the Background section:

B'b=Bb/n

where Bb is the distance from point B, at edge **416**, to point b on prism **310**. The requirement for substantial elimination of trapezoidal distortion and improvement in overall image sharpness can be expressed as:

$$Aa=Bb/n \qquad \text{(Eq. 1)}$$

The angle of incidence of light ray **412** on viewing surface **320**, that is, the angle between a normal line to viewing surface **320** and light ray **412** inside prism **310**, is shown in FIG. **8** as $\theta_1$. The angle of refraction of light ray **412** after it passes out of prism **310** is shown as $\theta_2$. Thus, by Snell's law:

$$n=\sin\theta_2/\sin\theta_1 \qquad \text{(Eq. 2)}$$

Also, using fundamental trigonometric relationships, it can be shown that:

$$ABcos\gamma+Bbcos\alpha'=Ab \qquad \text{(Eq. 3)}$$

where AB is the length of the imaging surface of prism **310** from point A to point B; Ab is the length of segment Ab on viewing surface **320**; $\alpha'$ is the angle between light ray **412** and viewing surface **320**, which equals 90°−$\theta_1$; and $\gamma$ is the angle between imaging surface **318** and viewing surface **320** (also shown as angle **342** in FIG. **8**).

Finally, using the law of sines, it can be shown that:

$$AB/Bb=cos\theta_1/sin\gamma \qquad \text{(Eq. 4)}$$

12

Using equations 1, 2, 3, and 4 above, it can be shown that in order for trapezoidal distortion to be substantially eliminated, and overall image sharpness increased, the following condition relating the angles of prism **310** with the angle which lens plane **307** forms with viewing surface **320** must be met:

$$(n^2-\sin^2\delta)^{1/2}(cot\gamma)(\sin\delta)+\sin^2\delta=1 \qquad \text{(Eq. 5)}$$

Where, as shown in FIG. **8**, δ is the angle that lens plane **307** of lens assembly **314** forms with viewing surface **320**. Thus, imaging system **308**, in accordance with the present invention, is preferably configured in accordance with equation 5 to substantially eliminate trapezoidal distortion and improve overall image sharpness.

However, in manufacturing imaging system **308**, achieving precise tolerances for angles γ and δ can be difficult and expensive. Therefore, an imaging system in accordance with the present invention and allowing for a 30% manufacturing tolerance is preferably configured in accordance with equation 6 below:

$$0.7 \leq (n^2-\sin^2\delta)^{1/2}(cot\gamma)(\sin\delta)+\sin^2\delta \leq 1.3 \qquad \text{(Eq. 6)}$$

More preferably, an imaging system in accordance with the present invention and allowing for a 15% manufacturing tolerance is configured in accordance with equation 7 below:

$$0.85 \leq (n^2-\sin^2\delta)^{1/2}(cot\gamma)(\sin\delta)+\sin^2\delta \leq 1.15 \qquad \text{(Eq. 7)}$$

Most preferably, an imaging system in accordance with the present invention and allowing for a 7.5% manufacturing tolerance is configured in accordance with equation 8 below:

$$0.925 \leq (n^2-\sin^2\delta)^{1/2}(cot\gamma)(\sin\delta)+\sin^2\delta \leq 1.075 \qquad \text{(Eq. 8)}$$

As noted above, by configuring imaging system **308** in accordance with one of equations 5–8 above, trapezoidal distortion can be substantially reduced or eliminated and overall image sharpness can be improved. This advantageously facilitates more accurate image processing and comparison by an image acquisition system.

Prism **310** can be made of glass, acrylic or any other transparent material having an index of refraction higher than 1 (that of air). Prisms having the preferred index of refraction and angles are commercially available from Shinkwang Ltd. of Seoul, Korea and are fabricated of glass having the designation LaK-**7** or LaK-**8**.

Lens assemblies such as lens assembly **314** are commercially available from Woorim Optical Systems Ltd. of Seoul, Korea and are preferably fabricated from a glass having the commercial designation of BK7. If more than one element is used in lens assembly **314**, as shown in FIG. **6**, the individual elements can be aligned and spaced by placing them in a frame fabricated by plastic molding or any other fabrication means as is known in the art.

Light source **312** preferably consists of four standard LEDs positioned in a straight array on a circuit board. Powering of LEDs is well known by those skilled in the art. Image sensor **316** is preferably a CMOS type sensor and is commercially available from Hyundai Electronics of Seoul, Korea, VLSI Vision, Ltd. of San Jose, Calif., or Omnivision Technologies Inc. of Sunnyvale, Calif.

To secure the components of image acquisition into the relative positions as shown in FIG. **4**, a frame having holding slots for each component can be plastic molded or otherwise fabricated. Light source **312** can be either placed in a holding slot adjacent to viewing surface **320** or attached directly to viewing surface **320** using adhesive as known in the art.

US 6,324,020 B1

13                                                                                      14

Equations 5–8 were derived assuming that the entire width AB of imaging surface **318** would be used in capturing an image. However, less than the entire imaging surface of a prism can be used to capture an image. This may be the case, for example, if a triangular prism having an angle greater than or equal to 90 degrees is used as a light refractor. However, if the entire imaging surface of a prism is not used to image an object, a requirement in addition to being configured according to equations 5–8 above is preferably met by the configuration of such an imaging system. To illustrate this additional requirement, FIG. **9** shows a triangular prism **510** having an obtuse angle **541**. Triangular prism **510** includes a planar imaging surface **518**, a planar viewing surface **520** and a planar further surface **522**. FIG. **9** also shows a light source **512** which can be substantially the same as light source **312**, and lens plane **507** of a lens assembly (not shown). A lens assembly used with prism **510** can be substantially the same as lens assembly **314**.

As shown in FIG. **9**, a light ray **612** is scattered from point D on imaging surface **518** and a light ray **610** is scattered from imaging surface **518** at point A. Prism **510** and lens plane **507** are configured in accordance with equation 5 above. Additionally, segment a'd' is parallel to lens plane **507**. And, length D'd' is the apparent depth in prism **510** of the image of an object at point D on imaging surface **518**. Thus, the length of segments Aa' and D'd' are the equal. Because the index of refraction of prism **510** is greater than 1, as light ray **612** leaves prism **510** at point d', it will refract away from a normal line **620** to viewing surface **520**.

Angle **545**, labeled as α' in FIG. **9**, which is the angle formed by the intersection of light ray **612** and viewing surface **520**, and is adjacent to the intersection of the viewing surface and the imaging surface, is less than 90 degrees. Thus, as light ray **612** passes out of prism **510** and refracts away from normal line **620**, it will travel in a path parallel to that of light ray **610** outside of prism **510**. Therefore, the lengths of segments a'a and d'd are also equal. Accordingly, the total path lengths from the apparent image in prism **510** to the lens plane **507**, and ultimately the an image sensor (not shown) will be the same for an object on imaging surface **518** at both point A and point D. In this way overall image sharpness can be increased.

Referring now to FIG. **10**, which also shows prism **510**, the path length from the apparent image in prism **510** of an object placed at point E on imaging surface **518** will not be equal to the path length from the apparent image in prism **510** of an object placed at point A on imaging surface **518**. Light ray **612** is a scattered light ray from an object placed at point E on imaging surface **518**. As above, because prism **510** has an index of refraction which is greater than 1, as light ray **612** exits prism **510** at point e', it will refract away from normal line **620** to viewing surface **520**. Therefore, because angle **545**, labeled α', is greater than 90 degrees, the path of light ray **612** outside of prism **510** is not parallel to the path of light ray **610** outside of prism **510**. Because light rays **610** and **612** are not parallel, the length of segment e'e will be different from the length of segment a'a. This means that the total path length from the apparent image in prism **510** to lens plane **507** will be different for an object at point E on imaging surface **318** than for an object at point A thereon. Thus, relatively large trapezoidal distortion and/or a relatively out of focus image will result.

As noted above, in order to avoid this, when a prism having a 90 degree or greater angle is used in an imaging system in accordance with the present invention, preferably, less than the entire width of the imaging surface is used to image an object. As shown above, when α' is less than 90

degrees, and the image capturing system is configured according to equations (5) through (8) above, trapezoidal distortion can be substantially eliminated. And, when α' is greater or equal to 90 degrees trapezoidal distortion can result. Thus, if less than the entire width of the imaging surface **518** of a prism is to be used to place an object to be imaged against, each portion of the imaging surface **518** to be used for imaging must be able to have at least one light ray scattered therefrom such that the intersection of the one light ray and the viewing surface **520** form an angle, α' in FIGS. **9** and **10**, adjacent to the intersection of the viewing surface and the imaging surface, which is less than 90 degrees. This criteria advantageously facilitates reduction or substantial elimination of trapezoidal distortion and increase in overall image sharpness in an imaging system configured in accordance with one of equations 5–8 above.

Prism **510**, and light source **512** can be manufactured in substantially the same way and of the same materials as discussed above with respect to prism **310** and light source **312**.

Many widely different embodiments of the present invention may be constructed without departing from the spirit and scope of the present invention. It should be understood that the present invention is not limited to the specific embodiments described in the specification. For example, though the above disclosed embodiment of the present invention are described with reference to imaging a fingerprint, any other type of patterned object is contemplated to be imaged with the present invention.

What is claimed is:

1. A compact apparatus for forming a high contrast, low distortion image of a patterned object including:

  a light source for reflecting and refracting light, the light refractor including:

    an imaging surface against which a patterned object to be imaged is to be placed to form an apparent image of the patterned object in the light refractor;

    a viewing surface adjacent to the imaging surface and through which an image of the object to be imaged is projected, the viewing surface forming an angle γ with the imaging surface; and

    a further surface adjacent to the imaging surface

  at least one lens adjacent to the viewing surface and for receiving and focusing an image of a patterned object projected through the viewing surface, the lens having a lens plane which is perpendicular to an optical axis of the lens, the lens plane forming an angle δ with the viewing surface;

  wherein the angles γ and δ are formed to substantially equalize a path length of a first light ray traveling from one part of the apparent image of the patterned object to the lens plane with a path length of any other light ray substantially parallel to the first light ray and traveling from another part of the apparent image of the patterned object to the lens plane.

2. The apparatus of claim 1 wherein the angles γ and δ are related by the equation:

$$0.7 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.3.$$

3. The apparatus of claim 1 wherein the angles γ and δ are related by the equation:

$$0.85 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.15.$$

4. The apparatus of claim 1 wherein the angles γ and δ are related by the equation:

$$0.925 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.075.$$

15

5. The apparatus of claim 1 wherein the part of the imaging surface against which an object to be imaged is to be placed is able to have at least one light ray scattered from each portion thereof such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

6. The apparatus of claim 1 further including at least one light source located adjacent to the light refractor and for emitting incident light which enters the light refractor to create an image of the patterned object at the viewing surface.

7. The apparatus of claim 6 wherein:

the light refractor includes:

a first edge opposite the imaging surface and adjacent to the viewing surface; and

the light source is a strip of light emitting diodes (LEDs) oriented towards and parallel with the viewing surface and adjacent to the first edge.

8. The apparatus of claim 1 wherein:

the at least one lens has a diameter; the object to be imaged has a length dimension; and

the diameter of the at least one lens is smaller than the length dimension of the object to be imaged.

9. The apparatus of claim 2 wherein the part of the imaging surface against which an object to be imaged is to be placed is able to have at least one light ray scattered from each portion thereof such that the intersection of the at least one light ray and the viewing surface form a first angle, the first being interior to a triangle area formed by the viewing surface, the imaging surface and the at least one light ray which is less than 90 degrees.

10. The apparatus of claim 3 wherein the part of the imaging surface against which an object to be imaged is to be placed is able to have at least one light ray scattered from each portion thereof such that the intersection of the at least one light ray and the viewing surface form a first angle, the first being interior to a triangle area formed by the viewing surface, the imaging surface and the at least one light ray which is less than 90 degrees.

11. The apparatus of claim 4 wherein the part of the imaging surface against which an object to be imaged is to be placed is able to have at least one light ray scattered from each portion thereof such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

12. A method of imaging a patterned object comprising:

providing a light refractor having an imaging surface, a viewing surface and a further surface;

forming an angle $\gamma$ between a plane defined by the viewing surface and a plane defined by the imaging surface;

placing the patterned object against the imaging surface of the light refractor;

projecting incident light into the light refractor;

scattering the incident light off the imaging surface and patterned object and through the viewing surface;

providing a lens adjacent to the viewing surface;

16

forming an angle $\delta$ between the plane defined by the viewing surface and a lens plane of the lens;

fixing angles $\delta$ and angle $\gamma$ to equalize a path length of a first light ray traveling from one part of an apparent image of the patterned object in the light refractor to the lens plane with a path length of any other light ray substantially parallel to the first light ray and traveling from another part of the apparent image of the patterned object to the lens plane.

13. The method of claim 12 wherein the step of fixing angle $\delta$ and angle $\gamma$ includes relating angle $\delta$ and $\gamma$ according to the equation:

$$0.7 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.3.$$

14. The method of claim 13 wherein the step of fixing angle $\delta$ and angle $\gamma$ includes relating angle $\delta$ and $\gamma$ according to the equation:

$$0.85 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.15.$$

15. The method of claim 12 wherein the step of fixing angle $\delta$ and angle $\gamma$ includes relating angle $\delta$ and $\gamma$ according to the equation:

$$0.925 \leq (n^2 - \sin^2\delta)^{1/2}(\cot\gamma)(\sin\delta) + \sin^2\delta \leq 1.075.$$

16. The method of claim 12 wherein the step of placing the patterned object against the imaging surface includes placing the patterned object against portions of the imaging surface which are able to have at least one light ray scattered therefrom such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

17. The method of claim 13 wherein the step of placing the patterned object against the imaging surface includes placing the patterned object against portions of the imaging surface which are able to have at least one light ray scattered therefrom such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

18. The method of claim 14 wherein the step of placing the patterned object against the imaging surface includes placing the patterned object against portions of the imaging surface which are able to have at least one light ray scattered therefrom such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

19. The method of claim 15 wherein the step of placing the patterned object against the imaging surface includes placing the patterned object against portions of the imaging surface which are able to have at least one light ray scattered therefrom such that the intersection of the at least one light ray and the viewing surface form a first angle, the first angle being interior to a triangular area formed by the viewing surface, the imaging surface and the at least one light ray, which is less than 90 degrees.

* * * * *

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-836-797**

**Effective date of registration:**

April 22, 2008

## Title

**Title of Work:** FDx SDK for Windows (version 3.01)

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** March 1, 2005    **Nation of 1st Publication:** United States

## Author

**Author:** SecuGen Corporation

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No    **Pseudonymous:** No

**Author:** Nitgen Co. Ltd.

**Work made for hire:** Yes

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** SecuGen Corporation

2356 Walsh Avenue, Santa Clara, CA, 95051

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Earlier versions of Claimant's FDx SDK for Windows software

**Previously registered:** No

**New material included in claim:** Additional and revised computer programming text and code.

## Certification

IPN#:

Registration #:   TX0006836797

Service Request #:   1-57511168

Winnie Ahn
2356 Walsh Avenue
Santa Clara, CA 95051

# EXHIBIT C

Received: Case 5:08-cv-01306-RMW Document 37-4 Filed 08/07/2008 Page 2 of 3
21/02 '03 FRI 16:30 FAX 82 2 6488 3099      CHATOY. COM                                    @002



## Mutual Non-Disclosure Agreement

This Mutual Nondisclosure Agreement (the "*Agreement*") is made as of the Effective Date set forth below by and between SecuGen Corporation ("*SecuGen ®*"), and the party identified as the Company on the signature line below ("*Company*").

The parties desire to disclose to each other certain proprietary and confidential information in connection with the evaluation and/or pursuit of a business arrangement (the "*Business Purpose*"). In consideration of the mutual covenants contained in this Agreement and the mutual disclosure of confidential information to each other, the parties agree as follows:

1.  This Agreement applies to all Confidential Information disclosed by one party ("*Discloser*") to the other party ("*Receiver*"). "*Confidential Information*" means any information, technical data or know-how, including, without limitation, any trade secret, information, process, technique, training manual, workbook, algorithm, computer program (source and object code), design, drawing, formula or test data relating to any research project, work in process, future development, engineering, manufacturing, marketing, servicing, financing or personnel matter relating to the disclosing party or any of its Affiliates, their present or future products, sales, suppliers, customers, employees, investors, or business, whether obtained directly or indirectly from the Discloser or any of its Affiliates (defined below), in any form, including without limitation, documentary, tangible, oral or visual. Confidential Information will not include information that: (i) is now, or hereafter becomes, through no act or failure to act on the part of Receiver, generally known or available to the public; (ii) was acquired by Receiver before receiving such information from Discloser and without restriction as to use or disclosure; (iii) is hereafter rightfully furnished to Receiver by a third party, without restriction as to use or disclosure; (iv) is information that Receiver can document was independently developed by Receiver; (v) is required to be disclosed pursuant to law, provided Receiver uses reasonable efforts to give Discloser advance notice of such required disclosure; or (vi) is disclosed with the prior written consent of Discloser.

2.  Each party agrees: (i) to hold the other party's Confidential Information in strict confidence; (ii) not to use any Confidential Information for any purpose other than the Business Purpose; and (iii) to limit the disclosure of Confidential Information to its personnel and consultants to the extent necessary to carry out the Business Purpose, provided each has agreed in writing to maintain the confidentiality of the Confidential Information in a manner no less protective than that set forth herein.

3.  Receiver may disclose Confidential Information to its Affiliates that are not direct business competitors of Discloser, in which event the Affiliate shall be entitled to use or disclose the Confidential Information subject to the limitations herein. "*Affiliate*" means any legal entity that is directly or indirectly controlling, controlled by or under common control with a party.

4.  Discloser acknowledges that Receiver may develop information independently and without use of Discloser's Confidential Information, or receive information from other parties, that is similar to such information. Nothing in this Agreement shall be construed as an agreement that Receiver shall not develop, or have developed for it, products, concepts, systems or techniques that are similar to or compete with the products, concepts, systems or techniques contemplated by or embodied in the Confidential Information, provided that Receiver does so without use of Discloser's Confidential Information.

5.  The existence of this Agreement and the fact that there are related discussions between the parties shall not be disclosed by either party without the prior written consent of the other.

6.  Each party acknowledges that all of Discloser's Confidential Information is owned solely by Discloser (or its licensors). Each party recognizes and agrees that nothing contained in this Agreement will be construed as granting any rights to Receiver, by license or otherwise, to any of Discloser's Confidential Information except as specified in this Agreement. NO WARRANTIES, EXPRESS OR IMPLIED, ARE MADE BY EITHER PARTY UNDER THIS AGREEMENT WITH RESPECT TO ANY CONFIDENTIAL INFORMATION DISCLOSED UNDER THIS AGREEMENT. ALL INFORMATION DISCLOSED HEREUNDER IS PROVIDED "AS IS."

7.  Each party agrees that the unauthorized disclosure or use of the other's Confidential Information would cause irreparable harm and significant injury, the degree of which may be difficult to ascertain. Accordingly, each party agrees that Discloser will have the right to seek an immediate injunction enjoining any breach of this Agreement, as well as the right to pursue any and all other rights and remedies available at law or in equity for such a breach.

8.  This Agreement shall apply to any Confidential Information disclosed to Receiver after the Effective Date and to Confidential Information disclosed earlier to the extent the parties began discussions concerning the Business Purpose prior to the Effective Date. This Agreement will remain in effect until the date of receipt of either party's written notice to the other that this Agreement is terminated, provided, however, that each party's obligations under this Agreement as to the Confidential Information it has received hereunder shall continue for a period of three (3) years following the termination of this Agreement.

9.  Upon Discloser's request, Receiver will promptly return or destroy all material embodying Confidential Information in its possession or under its control.

10.  This Agreement will bind the parties and their respective legal representatives, successors and assigns. This Agreement is governed by California law (excluding its conflicts of laws provisions). This Agreement may not be modified without the written consent of both parties. This Agreement is the complete and exclusive agreement and understanding regarding the subject matter herein and supersedes all prior agreements, understandings and communications, oral or written, between the parties related to such subject matter. This Agreement may be executed in counterparts and delivered by facsimile.

| SecuGen Corporation | Company: *Union Community* |
| --- | --- |
| Signature: _____ | Signature: *NCo.* |
| Print Name: _____ | Print Name: *Geum Yong Kim* |
| Title: _____ | Title: *Director* |
| Date: _____ | Date: *2003. 2. 14* |
| "*Effective Date*") | |
| Address: 348 Montague Exp., | Address: *44-3 Hyundai Topics bldg. 5th* |
| Milpitas, CA 95035 | *Bong-i-dong, Sacopa-gu,* |
| | *Seoul, Korea. 138-050* |
| Tel: 408-942-3400 | Tel: *82. 2. 6488. 3035* |
| Fax: 408-262-0264 | Fax: *82. 2. 6488. 3098* |
| SecuGen Representative: _____ | |

FAX Cover Page

Total page including the cover page : 2

From : Guem Yong Kim at Union Community

To : Ji Hoon Kim at SecuGen

# EXHIBIT D

US00D553515S

(12) **United States Design Patent** (10) Patent No.: **US D553,515 S**

Shin (45) Date of Patent: ✱✱ **Oct. 23, 2007**

(54) **APPARATUS FOR RECOGNITION OF BIOLOGICAL INFORMATION**

(75) Inventor: **Yo Shik Shin**, Seoul (KR)

(73) Assignee: **Union Community Co., Ltd.**, Bangi-Dong, Songpa-Gu, Seoul (KR)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/243,530**

(22) Filed: **Nov. 28, 2005**

(30)        **Foreign Application Priority Data**

May 31, 2005   (KR) ..................... 30-2005-0018017

(51) **LOC (8) Cl.** ............................................ **10-04**
(52) **U.S. Cl.** ..................................................... **D10/47**
(58) **Field of Classification Search** ................ D10/47;
                118/31.5, 244, 260, 263, 268;  257/77, 914;
                                427/1, 145, 248.1, 429
        See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

5,879,454 A   ✱   3/1999  Peng ......................... 118/31.5

6,960,790 B2 ✱  11/2005  Miyai et al. .................. 257/77

✱ cited by examiner

*Primary Examiner*—Antoine D. Davis
(74) *Attorney, Agent, or Firm*—GWiPS

(57)                **CLAIM**

The ornamental design for an apparatus for recognition of biological information, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of an apparatus for recognition of biological information of the present invention.

FIG. **2** is a front view of an apparatus for recognition of biological information of the present invention.

FIG. **3** is a rear view of an apparatus for recognition of biological information of the present invention.

FIG. **4** is a left side view of an apparatus for recognition of biological information of the present invention.

FIG. **5** is a right side view of an apparatus for recognition of biological information of the present invention.

FIG. **6** is a plan view of an apparatus for recognition of biological information of the present invention; and,

FIG. **7** is a bottom view of an apparatus for recognition of biological information of the present invention.

**1 Claim, 4 Drawing Sheets**





# Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7