UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 8, 2008

Case No. C-08-01306-RMW    JUDGE: Ronald M. Whyte

SECUGEN CORPORATION    -V- UNION COMMUNITY CO.
Title

R. Wood, E. Wilson                              D. Pak, A. Wurster
Attorneys Present (Plaintiff)                   Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties are to have a settlement conference with Magistrate Lloyd. The Court set the following schedule: Disclosure of asserted claims and infringement contentions and document request by 8/22/08; Invalidity contentions and document request by 10/6/08; Exchange of proposed terms for construction by 10/20/08; Exchange of preliminary claim constructions and extrinsic evidence by 11/10/08; Joint claim construction and prehearing statement due 12/5/08; Completion of claim construction discovery by 1/5/09; Claim construction brief due 1/19/09; Close of fact discovery by 1/16/09. A Further Case Management Conference is set for 1/16/09 @ 10:30 AM to schedule the remaining dates. The Court set a Further Case Management Conference for 9/26/08 @ 10:30 AM to set discovery limits. The parties are to meet/confer on a discovery plan. Parties are to file a revised CMC statement by 9/22/08. Plaintiff to prepare an order following the conference.