*E-FILED - 8/21/08*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Union Community Co. Ltd.,<br><br>    *Defendant.* | Case No.  C08 01306 RMW (HRL)<br><br>**[] CASE MANAGEMENT CONFERENCE ORDER**<br><br>Date:  August 8, 2008<br>Time:  10:30 a.m. |

This matter came before the Court at the initial case management conference pursuant to the Order of the Court entered June 12, 2008.  Plaintiff SecuGen Corporation appeared through its counsel, Erica D. Wilson and Ruby W. Wood of Goodwin Procter LLP.  Defendant Union Community appeared through its counsel, D. James Pak and April M. Wurster of Baker & McKenzie LLP.

Upon discussion with the parties and review of the Joint Case Management Statement, the Court issues the following orders:

A.    The parties shall abide by the following dates:

| **Discovery** | **Deadlines** |
|---|---|
| 1. Disclosure of Asserted Claims and Infringement Contentions and accompanying document production (Patent L.R. 3-1, 3-2). | August 22, 2008. |
| 2. Invalidity Contentions and accompanying document production (Patent L.R. 3-3, 3-4). | October 6, 2008. |
| 3. Exchange of Proposed Terms for Construction (Patent L.R. 4-1). | October 20, 2008. |
| 4. Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2). | November 10, 2008. |

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025

| | | |
|---|---|---|
| 5. | Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3). | December 5, 2008. |
| 6. | Completion of Claim Construction Discovery (Patent L.R. 4-4). | January 5, 2009. |

B. This matter is assigned to Magistrate Judge Howard R. Lloyd for settlement discussions. The parties are to contact Judge Lloyd's office by August 8, 2008 to schedule a settlement conference.

C. A further case management conference will be held in conjunction with the hearing regarding Defendant Union Community's Motion to Stay Proceedings Pending Reexamination (Docket No. 35) scheduled for September 26, 2008 at 9:00 a.m. before this Court.

D. Prior to the above listed case management conference, the parties are to meet and confer regarding the parameters of discovery to be undertaken in this matter.

E. A further case management conference is scheduled for January 16, 2009.

**IT IS SO ORDERED.**

Dated: __8/21/08__          *Ronald M. Whyte*
                            _____
                            Honorable Ronald M. Whyte
                            United States District Court Judge
                            Northern District of California

[] CASE MANAGEMENT CONFERENCE ORDER
CASE NO. C08 01306 RMW (HRL)