UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Union Community Co. Ltd.,<br><br>    Defendant. | No.  C08-01306RMW<br><br>NOTICE OF RESCHEDULING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

      PLEASE take notice that the Court on it's own motion has rescheduled the Settlement Conference in the above matter from September 4, 2008 to September 10, 2008 at 9:30 a.m.

DATED: August 26, 2008

                     */s/ Patty Cromwell*
By: Patty Cromwell, Courtroom Deputy to
HOWARD R. LLOYD
United States Magistrate Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

April Michelle Wurster    april.m.wurster@bakernet.com, jessica.e.christian@bakernet.com, lori.l.siron@bakernet.com

Erica Dilworth Wilson    EWilson@goodwinprocter.com, cnewman@goodwinprocter.com

Ruby Wayne Wood    rwood@goodwinprocter.com