Erica D. Wilson (SBN 161386)
ewilson@goodwinprocter.com
Ruby Wayne Wood (SBN 229538)
rwood@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel: (650) 752-3100
Fax: (650) 853-1038

Attorneys for Plaintiff
SecuGen Corporation

D. James Pak (SBN 194331)
d.james.pak@bakernet.com
April M. Wurster (SBN 228038)
april.m.wurster@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Tel: (858) 523-6236
Fax: (858) 259-8290

Attorneys for Defendant
Union Community Co. Ltd.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>      *Plaintiff,*<br><br>vs.<br><br>Union Community Co. Ltd.,<br><br>      *Defendant.* | Case No. C08 01306 RMW (HRL)<br><br>**JOINT STIPULATION TO EXTEND UNION COMMUNITY'S TIME TO ANSWER SECOND AMENDED COMPLAINT** |

Plaintiff SecuGen Corporation ("SecuGen") and defendant Union Community Co., Ltd. ("Union Community") jointly submit this Stipulation to Extend Union Community's Time to Answer the Second Amended Complaint.

    1.    On August 6, 2008, pursuant to stipulation of the parties, this Court granted

JOINT STIPULATION TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINT

1. SecuGen's request for leave to file a Second Amended Complaint.

2. The parties' stipulation and the Court's order provided for Union Community to file its answer to the Second Amended Complaint 30 days from the date of the entry of the Court's grant of the proposed order. Union Community's answer to the Second Amended Complaint is thus due on September 5, 2008;

3. Whereas the parties have reached a settlement agreement and are in the process of completing the terms of the settlement.

4. Whereas it is a waste of party resources to respond to the Second Amended Complaint if the case is dismissed shortly

5. Pursuant to L.R. 6-1(a), SecuGen and Union Community hereby stipulate that Union Community shall have until October 10, 2008 to respond the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: September 2, 2008

Respectfully submitted,

Plaintiff SecuGen Corporation

By its attorneys,

_/s/_

Erica D. Wilson
Email: ewilson@goodwinprocter.com
Ruby Wayne Wood
Email: rwood@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038

Defendant Union Community Co. Ltd.

By its attorneys,

*/s/ April Wurst*

D. James Pak
Email: d.james.pak@bakernet.com
April M. Wurster
Email: april.m.wurster@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone: 858-523-6236
Facsimile: 858-259-8290

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that Union Community's response to the Second Amended Complaint is due on October 10, 2008.

Dated: _____          _____
                                Hon. Ronald M. Whyte