1  Erica D. Wilson (SBN 161386)
   ewilson@goodwinprocter.com
2  Ruby Wayne Wood (SBN 229538)
   rwood@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025
   Tel: (650) 752-3100
5  Fax: (650) 853-1038

6  Attorneys for Plaintiff
   SecuGen Corporation
7

8  D. James Pak (SBN 194331)
   d.james.pak@bakernet.com
9  April M. Wurster (SBN 228038)
   april.m.wurster@bakernet.com
10 **BAKER & McKENZIE LLP**
   Baker & McKenzie LLP
11 12544 High Bluff Drive, Third Floor
   San Diego, California
12 92130-3051 USA
   Tel: +1 858 523 6200
13 Fax: +1 858 259 8290

14 Attorneys for Defendant
   Union Community Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Union Community Co. Ltd.,<br><br>Defendant. | Case No. C08 01306 RMW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO STAY PROCEEDINGS PENDING REEXAMINATION**<br><br>Date: October 31, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 6 |

Plaintiff SecuGen Corporation ("SecuGen") and defendant Union Community Co., Ltd ("Union Community") jointly submit this Stipulation to Continue Hearing on Motion to Stay Proceedings Pending Reexamination ("Motion to Stay").

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-7(a), the parties stipulate to the following:

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, California
92130-3051 USA

SDODMS1/693258.1

1

Case No C08 01306 (HRL)
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO STAY

1. WHEREAS, on September 26, 2008, the Court is scheduled to hear argument on Union Community's Motion to Stay Proceedings Pending Reexamination;

2. WHEREAS, the parties have reached a settlement agreement;

3. WHEREAS, the terms of the settlement agreement require Union Community to take certain actions prior to SecuGen's dismissal of the case;

4. WHEREAS the above listed steps are anticipated to occur before September 26, 2008 thus keeping the hearing date on calendar may interrupt the Court's scheduling;

5. WHEREAS SecuGen's Opposition to the Motion to Stay has not been filed and is not scheduled to be filed until September 5, 2008;

6. WHEREAS, the parties need more time to perform the terms of the settlement agreement and prepare a notice to dismiss this action.

NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as follows:

The hearing on defendant Union Community's Motion to Stay Proceedings Pending Reexamination, will be continued to October 31, 2008 at 9:00 a.m.

Dated: September 3, 2008

GOODWIN PROCTER LLP

By: _____
Ruby Wayne Wood
Attorneys for Plaintiff
SecuGen Corporation

Dated: September 3, 2008

BAKER & McKENZIE LLP

By: _____
April Wurster
Attorneys for Defendant
Union Community

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the hearing on Union Community's Motion to Stay is continued until October 31, 2008.

DATED: _____          By: _____
                                THE HONORABLE RONALD M. WHYTE