```
 1  Erica D. Wilson (SBN 161386)
    ewilson@goodwinprocter.com
 2  Ruby Wayne Wood (SBN 229538)
    rwood@goodwinprocter.com
 3  GOODWIN PROCTER LLP
    135 Commonwealth Drive
 4  Menlo Park, CA 94025
    Tel: (650) 752-3100
 5  Fax: (650) 853-1038

 6  Attorneys for Plaintiff
    SecuGen Corporation
 7
    D. James Pak (SBN 194331)
 8  d.james.pak@bakernet.com
    April M. Wurster (SBN 228038)
 9  april.m.wurster@bakernet.com
    BAKER & McKENZIE LLP
10  Baker & McKenzie LLP
    12544 High Bluff Drive, Third Floor
11  San Diego, California
    92130-3051  USA
12  Tel: +1 858 523 6200
    Fax: +1 858 259 8290
13
    Attorneys for Defendant
14  Union Community Co. Ltd.
```

*E-FILED - 9/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SecuGen Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Union Community Co. Ltd.,<br><br>　　　　Defendant. | **Case No. C08 01306 RMW (HRL)**<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

The parties to this action have executed a Settlement Agreement resolving all claims in the action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the terms and conditions of the Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties hereto that the above-captioned action be and hereby is dismissed with prejudice,

| | |
|---|---|
| 1 | each side to bear its own attorneys' fees and costs of suit. |
| 2 | IT IS SO STIPULATED. |

Dated: September 11, 2008
Respectfully submitted,

Plaintiff SecuGen Corporation

By its attorneys,

Erica D. Wilson
Email: ewilson@goodwinprocter.com
Ruby Wayne Wood
Email: rwood@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038

Defendant Union Community Co. Ltd.

By its attorneys,

D. James Pak
Email: d.james.pak@bakernet.com
April M. Wurster
Email: april.m.wurster@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130
Telephone: 858-523-6236
Facsimile: 858-259-8290

## ORDER

WHEREAS, Plaintiff SecuGen Corporation ("SecuGen") and Defendant Union Community ("Union Community") have settled their respective claims against each other; and WHEREAS, SecuGen and Union Community have agreed to dismiss their claims and other claims for relief against each other with prejudice, with each party bearing its own attorneys' fees, costs and expenses, as stipulated by both parties above; IT IS HEREBY ORDERED AND ADJUDGED, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. All claims asserted by SecuGen against Union Community and all claims, and defenses asserted by Union Community against SecuGen in this action are hereby dismissed in their entirety with prejudice.

2. Each party shall bear its own attorneys' fees, costs and expenses.

3. All other relief not provided herein is denied.

IT IS SO ORDERED.

Dated: 9/24/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE